UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NILO JEREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Misc. Action No. 09-466 |
| | ) |
| THE REPUBLIC OF CUBA, FIDEL CASTRO RUZ, | ) |
| Individually and as President of the State and Council | ) |
| of Ministers, Head of the Communist Party and | ) |
| Commander-in-Chief of the Military, RAUL CASTRO | ) |
| RUZ, Individually and as First Vice President of the | ) |
| Head of the Cuban Revolutionary Armed Forces, | ) |
| THE CUBAN REVOLUTIONARY ARMED FORCES, | ) |
| and EL MINISTERIO DEL INTERIOR, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff Nilo Jerez ("Jerez"), by counsel, hereby moves the admission *pro hac vice* of Joseph I. Zumpano ("Zumpano") to represent him in this matter. In support of this motion, the undersigned declares as follows:

1. I am a partner at Patton Boggs LLP and am admitted to practice before this Court. I am acquainted with Zumpano.

2. Zumpano is a member in good standing of the Bar of the State of Florida. He is a member of Zumpano, Patricios & Winker, P.A., 312 Minorca Avenue, Coral Gables, Florida. Zumpano is not currently nor has he been previously suspended, disbarred or otherwise disciplined by any court.

3. Zumpano has not been previously admitted *pro hac vice* before this Court.

4. I will remain as counsel for Jerez throughout the course of this matter.

Accordingly, I move the admission of Zumpano *pro hac vice* as counsel for Jerez in this case and request that the Court enter the attached proposed order.

### Statement of Compliance With Local Rule 7

In compliance with Local Rule 7, the undersigned counsel discussed this motion with opposing counsel, Brendon Tavelli, in a good faith effort to determine whether there is any opposition to the relief sought. Opposing counsel advised that it does not oppose grant of the requested relief.

Dated:  December 1, 2009		Respectfully submitted,

/s/ Richard J. Oparil
Richard J. Oparil (DC Bar No. 409723)
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC  20037
(202) 457-6000

Scott A.M. Chambers, Ph.D. (D.C. Bar No. 450442)
PATTON BOGGS LLP
8484 Westpark Drive, Ninth Floor
McLean, VA 22102
(703) 744-8000

*Attorneys for Plaintiff*

Of Counsel:

Kevin M. Bell
William J. McKeague, Ph.D.
PATTON BOGGS LLP
8484 Westpark Drive, Ninth Floor
McLean, VA 22102
(703) 744-8000

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served as required by Fed. R. Civ. P. 5(a) with a copy of this document via the Court's CM/ECF system per Local Rule 102(1)(c) on December 1, 2009.  Any other counsel of record will be served by first class U.S. mail on this same date.

                                        /s/ Richard J. Oparil
                                        Richard J. Oparil

5058454