# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NILO JEREZ, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE REPUBLIC OF CUBA, FIDEL CASTRO RUZ, )<br>Individually and as President of the State and Council )<br>of Ministers, Head of the Communist Party and )<br>Commander-in-Chief of the Military, RAUL CASTRO )<br>RUZ, Individually and as First Vice President of the )<br>Head of the Cuban Revolutionary Armed Forces, )<br>THE CUBAN REVOLUTIONARY ARMED FORCES, )<br>and EL MINISTERIO DEL INTERIOR, )<br>)<br>    Defendants. ) | Case No. 1:09-mc-466 |

**PLAINTIFF'S MOTION TO ENLARGE THE PAGE LIMIT AND
EXTEND TIME TO FILE OPPOSITION TO MOTION TO VACATE**

Plaintiff, Nilo Jerez ("Jerez"), hereby respectfully moves this Court for an Order granting him an enlargement of the page limitation for his opposition to motion to vacate the writ of attachment issued by this Court filed by 20 third parties ("the terrorist movants") and to extend the time to file such opposition for an additional seven days, to December 28, 2009. In support of the motion, Jerez states as follows:

Jerez has good cause to enlarge the 45-page limit set forth in Local Rule 7(e). The terrorist movants have raised multiple legal issues in their effort to vacate the writ of attachment issued by this Court to enforce the judgment that Jerez has against the defendants on claims arising from his torture. Jerez's opposition will include arguments based on important statutory, regulatory and case law under the Terrorism Risk Insurance Act, the Foreign Sovereign Immunities Act, and intellectual property statutes. These issues concern important issues of

1

public policy and law that should be fully briefed. Jerez therefore respectfully requests a 15-page enlargement of the page limitation for his opposition to 60 pages.

Jerez also seeks an extension of time to file his opposition to the motion to vacate. Currently, the opposition is due Monday, December 21, 2009. The Court previously extended the time to Saturday, December 19, meaning that the opposition was due on December 21, the next business day. Fed. R. Civ. P. 6(a)(1)(C). Jerez seeks a further seven day extension to December 28, 2009. As noted above, the opposition will address a series of important issues of law and policy related to terrorism, torture, foreign sovereign immunity, and intellectual property. Jerez seeks the additional time to fully brief the issues. The additional time is also requested because of his counsel's deposition and travel schedules and the upcoming holiday. The terrorist movants will not be prejudiced from this brief extension.

For these reasons, Jerez respectfully requests that his motion to enlarge the page limit and to extend the date for filing his opposition to the motion to vacate the writ of attachment should be granted.

A proposed order is attached.

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7(m), on December 18, 2009, counsel for Jerez conferred with counsel for the terrorist movants to seek their agreement to this motion. Counsel for the terrorist movants responded that they would not consent to the motion.

/s/ Richard J. Oparil

Respectfully submitted,

/s/ Richard J. Oparil
Richard J. Oparil (DC Bar No. 409723)
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing has been served electronically through the CM/ECF system on December 19, 2009, upon counsel for the third party movants.

                                      /s/ Richard J. Oparil
                                      Richard J. Oparil (DC Bar No. 409723)