UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NILO JEREZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE REPUBLIC OF CUBA, FIDEL CASTRO RUZ, )<br>Individually and as President of the State and Council )<br>of Ministers, Head of the Communist Party and )<br>Commander-in-Chief of the Military, RAUL CASTRO )<br>RUZ, Individually and as First Vice President of the )<br>Head of the Cuban Revolutionary Armed Forces, )<br>THE CUBAN REVOLUTIONARY ARMED FORCES, )<br>and EL MINISTERIO DEL INTERIOR, )<br>)<br>Defendants. ) | Misc. Action No. 09-466 |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon the motion of plaintiff Nilo Jerez ("Jerez"), by counsel, for an order admitting David R. Garcia ("Garcia") *pro hac vice* to represent him in this matter, and upon the declaration filed in support of the motion and for good cause shown, it is hereby

ORDERED, that the Motion is GRANTED; and it is further hereby

ORDERED, that Garcia is admitted *pro hac vice* in this action for all purposes on behalf of Jerez, contingent upon certifying to the Court that he is familiar with the Local Rules of this Court.

SO ORDERED this 12 day of Jan., 2010.

_____
United States District Judge

5059517