TRANSLATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NILO JEREZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 1:09-mc-466 |
| | ) |
| THE REPUBLIC OF CUBA, FIDEL CASTRO | ) |
| RUZ, Individually and as President of the State | ) |
| and Council of Ministers, Head of the | ) |
| Communist Party and Commander-in-Chief of | ) |
| the Military, RAUL CASTRO RUZ, | ) |
| Individually and as First Vice President of the | ) |
| Head of the Cuban Revolutionary Armed | ) |
| Forces, THE CUBAN REVOLUTIONARY | ) |
| ARMED FORCES, and EL MINISTERIO DEL | ) |
| INTERIOR, | ) |
| | ) |
| Defendants. | ) |

JOSE RUIZ PAEZ declares under penalty of perjury under the laws of the United States of America that the following is true and correct;

1.      I am the President of Artex, S.A. I have held this position since 2007. The principal business activities of Artex, S.A. are the production and sale of specialized artistic services; the representation and management of artists; the recording, manufacturing and distribution of CDs, tapes and other audiovisual works, and the sale of works of art, hand crafts and antiques.

2.      Artex, S.A. is a shareholder company (known in Cuba as a "sociedad anonima") constituted under the laws of the Republic of Cuba, with its own legal personality and assets. The shareholders of Artex, S.A. are Milenio, S.A. and the National

Council of Plastic Arts. Each of the shareholders of Artex, S.A. is a company with legal personality, its own assets and management, organized under the laws of Cuba. Artex, S.A. is not an agency or instrumentality of the Republic of Cuba under Cuban law. A true and correct copy of the Act of Legalization (February 2003) and the Minutes of the Board of Shareholders, with a translation to English, is attached hereto as Exhibit A.

3.       Under Cuban law, Artex, S.A. is not responsible for the debts or obligations of its shareholders. Furthermore, Artex, S.A. is not responsible for the debts and obligations of third parties, including without limitation the Republic of Cuba. Artex, S.A.'s assets and liabilities are its own, and not the assets or liabilities of its shareholders. Likewise the assets and liabilities of Artex, S.A. are not the assets or liabilities of third parties, including the Republic of Cuba.

4.       Artex, S.A. is a company owned by shareholders constituted under the laws of the Republic of Cuba on February 4, 1989. The "Estatutos" (the equivalent of the Articles of Incorporation in United States law and, hereinafter, the "Statutes") of Artex, S.A., were issued at the Special Notary Office of the Ministry of Justice of the Republic of Cuba on February 4, 1989. The Statutes, as modified in 2003, were recorded in the Central Register of Stock Companies and in the Second Commercial Register of Havana. A true and correct copy of the current Estatutos of Artex, S.A., with a translation to English, is enclosed as Exhibit B.

5.       The Statutes of Artex, S.A. establish that the Board of Shareholders is the highest governing authority of the company and that the Board of Shareholders designates the Directive and administrative bodies of the company. *See* Statutes, at Articles 16 and17. The administration and representation of Artex, S.A. is carried out by

the Council of Administration, subject to the authority and direction of the Board of Shareholders.  Statues at Articles 27 and 28. The Board of Shareholders, *inter alia*, designates the members of the Council of Administration, determines the number of persons who shall serve on the Council, amends the Statutes, and decides upon the distribution of dividends.  *See* Statutes, at Article 27.  It is the responsibility of the Council of Administration to manage the enterprise in all of its aspects, subject to the Board of Director's authority and direction. *See* Statutes, at Article 27 and 34.  Among the authorities granted to the Council of Administration is the hiring and dismissing of workers, setting their salaries and all other activities necessary for the management of the Company. *Id.*

6.      According to the Cuban Constitution, the Cuban Commercial and Civil Codes, and Cuban jurisprudence (judicial precedents), a commercial company which is owned by shareholders acquires its own legal personality with independent assets and limited liability, different from that of any of the parties.

7.      The Constitution of the Republic of Cuba explicitly provides that legal persons, such as commercial companies, are not liable for the debts and obligations of the Cuban State.  The Constitution establishes:  "The State is not liable for the obligations contracted by the companies, entities and other legal persons, and the latter are also not liable for the obligations of the State." (Constitution of the Republic of Cuba, enacted on February 24, 1976, as last amended by the National Assembly of the People's Power on June 26, 2002, at Article 17). A true and correct copy of the aforementioned articles of the Constitution of the Republic of Cuba, with a translation to English, is enclosed as Exhibit C.

8.      Under the Commercial Code of Cuba, a commercial company has "legal personality in all its acts and contracts."  Article 116, second paragraph.  According to the provisions of the Commercial Code, one of the forms adopted by commercial companies is the Joint Stock Company (Article 122).  The current Commercial Code of Cuba was enacted in Spain on August 22, 1885, and was extended to Cuba by Royal Decree on January 28, 1886, being enacted on May 1, 1886.  A true and correct copy of the aforementioned articles of the Commercial Code, with a translation to English, is enclosed as Exhibit D.

9.      The Cuban Civil Code, adopted on April 12, 1988, sets forth that "legal entities are entities which, owning their own assets, have capacity to be subject to rights and obligations" (Article 39.1).  In addition, the Civil Code disposes that "legal entities are ... the companies and associations constituted pursuant to the requisites established in the laws" and "other entities to which the law grants legal personality." (Art. 39, 2 ch and f.)

10.      Concerning the liability of the companies, the Civil Code explicitly establishes that "the State is not responsible for the obligations of other legal persons, nor are the latter responsible for the debts of the State."  (Art. 44.3).  A true and correct copy of the aforementioned articles of the Civil Code, with a translation to English, is enclosed as Exhibit E.  Artex S.A.'s statutes explicitly grant to the Council of Administration

11.      According to the above, since the registration of Artex, S.A in the Register of Sociedades Anónimas and the Commercial Registry of Havana, this company became a legal entity, acquiring all rights inherent to the entity, including the right to its own assets and limited liability for its acts, but not for the acts of others.

Executed this 20 day of January, 2010 in Havana, Cuba.


[signature]_____
JORGE RUIZ PAEZ

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**Language**Works

STATE OF NEW YORK      )
                       )      ss
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation from Spanish to English of *Declaration of Jose Ruiz Paez, dated January 20, 2010,* completed on January 25, 2010.

Christine Muller
Vice President
The LanguageWorks, Inc.

Sworn to and subscribed before me
this 25th day of January, 2010

Notary Public

CHRIS SULLIVAN
Notary Public, State of New York
No. 01SU5146597
Qualified in Kings County
Commission Expires May 22, 2010

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NILO JEREZ, )<br><br>Plaintiff, )<br><br>v. )<br><br>THE REPUBLIC OF CUBA, FIDEL CASTRO )<br>RUZ, Individually and as President of the State and )<br>Council of Ministers, Head of the Communist Party )<br>and Commander-in-Chief of the Military, RAUL )<br>CASTRO RUZ, Individually and as First Vice )<br>President of the )<br>Head of the Cuban Revolutionary Armed Forces, )<br>THE CUBAN REVOLUTIONARY ARMED )<br>FORCES, and EL MINISTERIO DEL INTERIOR, )<br><br>Defendants. )<br> )<br> ) | Case No. 1:09-mc-466 |



JORGE RUIZ PAEZ declara bajo pena de perjurio según las leyes de Estados Unidos de América que lo que sigue es verdadero y cierto:

1.	Soy el Presidente de Artex, S.A. he estado en este puesto desde 2007.	Las principales actividades comerciales de Artex S.A. son la producción  y venta de servicios artísticos especializados; la representación y administración de artistas; la grabación producción y distribución de CDs, cintas y otras obras audiovisuales, y la venta de obras de arte, artesanías y antigüedades, entre otros.

2.	Artex, S.A., compañía accionista (conocida en Cuba como "sociedad anónima") está constituida bajo las leyes de la República de Cuba, con su personalidad legal y activos propios. Los accionistas de Artex S.A. son  Milenio, S.A. y el Consejo Nacional de las Artes Plásticas. Cada uno de los accionistas es una compañía con personalidad legal, activos y gerencia propia, organizada bajo las leyes de Cuba.  Una copia fiel y correcta del Acta de Protocolización (febrero 2003) con el Acta de la Junta General de Accionistas, con una traducción al inglés, está

ajuntado al presente como Anexo A. Artex, S.A. no es una agencia o instrumento de la República de Cuba bajo las leyes cubanas.

3.      Bajo las leyes cubanas, Artex, S.A. no es responsable por las deudas u obligaciones de sus accionistas. Además, Artex, S.A. no es responsable por las deudas u obligaciones de terceras partes, incluyendo sin limitación la República de Cuba.  Los activos  y pasivos de Artex, S.A. son los propios y no los activos o pasivos de sus accionistas. Asimismo los activos y pasivos de Artex S.A. no son activos y pasivos de terceras partes, incluyendo la República de Cuba.

4.      Artex, S.A. es una compañía propiedad de los accionistas constituida bajo las leyes de la República de Cuba  el 4 de febrero de 1989. Los Estatutos (equivalente a los Artículos de Incorporación en las leyes de Estados Unidos) de Artex S.A. fueron expedidos en la Notaría Especial del Ministerio de Justicia de la República de Cuba el 4 de febrero de 1989. Los Estatutos, modificados en el 2003, fueron archivados en el Registro Central de Sociedades Anónimas y en el Registro Mercantil Segundo de la Habana. Una copia verdadera y cierta de los Estatutos de Artex S.A., con una traducción al inglés, se adjuntan en el Anexo B.



5.      Los Estatutos de Artex, S.A. establecen que la Junta de Accionistas es la máxima autoridad de gobierno de la compañía y que la Junta de Accionistas designa a la Directiva y a los cuadros administrativos de la compañía. *Ver* Estatutos, Artículos 16 y 17. La administración y la representación de Artex S.A. es llevada a cabo por Consejo de Administración, sujeto a la autoridad y dirección de la Junta de Accionistas. Estatutos, Artículos 27 y 28. La Junta de Accionistas, *inter alia*, designa a los miembros del Consejo de Administración, determina la cantidad de personas que van a formar parte del mismo, enmienda los Estatutos y decide la distribución de los dividendos. *Ver* Estatutos, Artículo 27.  Es responsabilidad del Consejo de Administración  manejar la empresa en todos sus aspectos, sujeto a la autoridad y dirección de la Junta de Accionistas. *Ver* Estatutos, Artículos 27 y 34.  Entre las facultades otorgadas al Consejo

2

de Administración está la contratación y el despido de trabajadores, establecer sus salaries y todas las otras actividades necesarias para la administración de la Compañía. *Id.*

6. De acuerdo con la Constitución cubana, los Códigos Civil y de Comercio y la jurisprudencia cubana (precedentes judiciales), una compañía mercantil que es propiedad de accionistas adquiere su propia personalidad legal con activos independientes y pasivos limitados, diferentes a los de cualquiera de las partes.

7. La Constitución de la República de Cuba establece explícitamente que las personas legales, tales como compañías mercantiles, no son responsables de las deudas y obligaciones del Estado cubano. La Constitución establece: "El Estado no responde de las obligaciones contraídas por las empresas, entidades u otras personas jurídicas y estas tampoco responden de las de aquel." (Constitución de la República de Cuba, proclamada el 24 de febrero de 1976, enmendada por última vez por la Asamblea Nacional del Poder Popular el 26 de junio de 2002, Artículo 17). Una copia verdadera y cierta de los artículos de la Constitución de la República de Cuba mencionados anteriormente, con la traducción al inglés, se junta como Anexo C.



8. Bajo el Código de Comercio de Cuba, una compañía comercial tiene "personalidad legal en todos sus actos y contratos" Artículo 116, segundo párrafo. De acuerdo con las disposiciones del Código de Comercio, una de las formas adoptadas por las compañías mercantiles es la Anónima (Artículo 122). El actual Código de Comercio de Cuba fue promulgado en España el 22 de agosto de 1885 y fue extendido a Cuba por Decreto real el 28 de enero de 1886, siendo promulgado el 1ro de mayo de 1886. Una copia verdadera y cierta de los artículos del Código de Comercio de Cuba mencionados anteriormente, con la traducción al inglés, se junta como Anexo D.

9. El Código Civil cubano, adoptado el 12 de abril de 1988, expone que "Las personas jurídicas son entidades que, poseyendo patrimonio propio, tienen capacidad para ser sujetos de derechos y obligaciones" (Article 39.1). Adicionalmente, el Código Civil dispone que

3

"Son personas jurídicas… las sociedades y asociaciones constituidas de conformidad con los requisitos establecidos en las leyes" y "las demás entidades a las que la ley confiere personalidad jurídica." (Art. 39, 2 ch y f.)

10.    Concerniente a las deudas de las compañías, el Código Civil establece explícitamente que "El Estado no responde de las obligaciones de otras personas jurídicas, ni éstas de las de aquél." (Art. 44.3).  Una copia verdadera y cierta de los artículos del Código Civil mencionados anteriormente, con la traducción al inglés, se junta como Anexo E.  Los estatutos de Artex S.A. otorga explícitamente al Consejo de Administración "todas las facultades necesarias para representar, regir y administrar la sociedad en todo cuanto no esté reservada a la Junta General por estos Estatutos." Estatutos, Articulo 34.

11.    De acuerdo con lo anterior, desde que se asentó a Artex S.A. en el Registro de Sociedades Anónimas y en el Registro Mercantil de la Habana, esta compañía se convirtió en una entidad jurídica, adquiriendo todos los derechos inherentes a una entidad, incluyendo el derecho a sus propios activos y pasivos limitados por sus actos, pero no por los actos de otros.

Firmado este _22_ de enero de 2010 en La Habana, Cuba.

_____

JORGE RUIZ PAEZ

4

# EXHIBIT A

[tax stamp at left]                                                                                           DRN-27
[seal at left] [initials at left]

**NUMBER:** --------------------------------------- **472** -------------------------------------------------------------------

------------------------------------ **CERTIFICATE OF SOLEMNIZATION** ------------------------------------

City of Havana, February [illegible], 2003. ------------------------------------------------------------------------------

-------------------------------------------------------- **BEFORE ME** --------------------------------------------------------

**OLGA LIDIA PÉREZ DÍAZ**, a Notary with nationwide competence and with her seat in the Special Notarial Office of the Ministry of Justice, Republic of Cuba, Plaza of the Revolution Municipality, in this city. ------------------------------------------------------------------------------------------------------------------------------

------------------------------------------------ **THERE APPEARS** -------------------------------------------------------

**ELSA HUETE GONZÁLEZ**, born in Quiebra Hacha, Havana, a Cuban citizen, of legal age, single, an attorney, domiciled at Calle 82 number 322, Reparto La Boca, Mariel, Havana, who identified herself through her official identity document, number 56102809578. ------------------------------------------------------

**SHE APPEARS** on behalf and representation of the commercial company of Cuban nationality known as **Promociones Artísticas y Literarias, Sociedad Anónima**, also know as **ARTEX S.A.**, with its corporate domicile at Quinta Avenida number 8010 between 80 and 82, Miramar, Playa Municipality, in this city, and having an indefinite duration. It is incorporated by means of instrument number 96, dated February 4, 1989, authorized by Dr. Antonia del Carmen Placeres Brito, who was a Notary belonging to this Notarial Office, registered in the Central Registry of Companies in Book 158, Folio 32, Page 9956, Second Section, First Registration, and in the Second Mercantile Registry of Havana in Book 666, Folio 134, Page 16704, First Registration. She performs this representative function in her capacity as Secretary of the Board of Directors, designated by Resolution number 141, which is reflected in the document being formally recorded, and she assures me it is current. The requester has produced a copy of the articles of incorporation, which I have examined in this act and return. -------------------------------------------------------

**SHE ASSURES ME THAT SHE IS** in the full enjoyment and exercise of her civil rights, and in my judgment she has the necessary legal competence for this act, and she declares as follows: -------------------

**FIRST:** She requests me the Notary to formally record the document that follows these minutes, which I have examined, having given the appropriate legal warnings. ------------------------------------------------------

**MINUTES NUMBER          OF THE GENERAL SHAREHOLDERS MEETING OF THE COMPANY PROMOCIONES ARTÍSTICAS Y LITERARIAS, ARTEX, S.A.,** held on December 10, 2002 in the City of Havana. --------------------------------------------------------------------------

**SECOND:** For all legal intents and purposes, she declares that she is an interested party, the document is authentic, and its content are true, as well as that she is accountable to third parties for any harm

which may occur as a consequence thereof if it turns out to be false. --------------------------------------------

I the Notary proceed to incorporate said document into my records, with no other effect than that of assuring its identity and its existence as of the date hereof, consisting of twenty three sheets of typewritten paper in Spanish. ------------------------------------------------------------------------------

**THESE MINUTES WERE READ IN FULL** in a single act by me, the Notary, to the requester by her choice, after she was advised of her right to read it herself, and being satisfied with its content she ratifies it and signs before me. ------------------------------------------------------------------------------------------

**I THE NOTARY BEAR WITNESS TO ALL THE FOREGOING** and to the identity of the person appearing, having verified her identification data on the basis of her statements. -------------------------------

**SIGNED: ELSA HUETE GONZÁLEZ AND OLGA LIDIA PÉREZ DÍAZ, NOTARY** ----------------

[initials]

### MINUTES

### GENERAL MEETING OF SHAREHOLDERS

*The General Meeting of Shareholders met in special session in the city of Havana on the 10th day of December, 200_, at the corporate domicile of the company Promociones Artísticas y Literarias, S.A., whose name is abbreviated as Artex, S.A., with the following persons present:*

*Manuel Puerta La Rosa, Chairman of the Board of Directors of Artex S.A. and of the General Meeting;*
*José A. Pérez Socarrás, Vice Chairman of Artex, S.A.;*
*Edelberto Valdés Dilla, Vice Chairman of Artex, S.A.;*
*Isabel Corominas Portuondo, Vice Chairman of Artex, S.A.;*
*Miriam Pérez Rodríguez, Economic Manager of Artex, S.A. and Treasurer of the company; and*
*Elsa Huete González, Chief General Counsel of Artex, S.A. and Secretary of the Board of Directors and the General Meeting.*

*Eduardo Quesada Palenzuela, who appears in his capacity as President of the Milenio S.A. commercial company and in representation thereof, which capacity he has demonstrated.*

*Rafael Acosta de Arriba, who appears in his capacity as Chairman of the National Council of Plastic Arts, in the name and representation thereof, as he has demonstrated.*

*Since all the members of the General Meeting were present, the previously circulated Agenda was put to a vote and was unanimously approved, accordingly standing as follows:*

### AGENDA

*1. Amendment of the Company's Bylaws*
*2. Transfer of shares*

*Conduct of the meeting*

*The Chairman of the Board convened the meeting, informing those present that the company's needs made it necessary to amend its bylaws, as would be explained by the Secretary of the company, to whom he yielded the floor.*

*The Secretary declared that the members of the Board and the shareholders were consulted in regard to the proposed amendments, which she thereupon read out so that they could be approved by the Board, clarifying that all the references to articles are made in terms of their current enumeration.*

[seal]   [seal]   [initials]

I.   It is proposed to include two articles, which will be numbers 10 and 11, regulating the manner of transferring shares:

*ARTICLE 10: A holder of shares who is interested in selling them shall so inform the Board of Directors, offering them to any of the other shareholders.*

*The Board shall express its position in regard to the offering within a term not exceeding fifteen consecutive days from the date on which the shareholder announced his intention.*

*If no shareholder is interested in their acquisition, the company shall acquire them for itself, for the sole purpose of their amortization.*

*ARTICLE 11: Once the Board has expressed its position, a Special Shareholders Meeting shall be summoned, which shall decide thereon.*

II.   It is proposed to delete the current Article 11, since the company would in no case deliver its shares under pledge or usufruct.

*ARTICLE 11: In the event any share has been delivered under pledge or usufruct, the owner thereof shall exercise the shareholder's rights. Undertakings to the contrary shall be null and void.*

III.  The second paragraph of Article 13 is deleted:

*Article 13, 2nd paragraph: Shareholders of other nationalities than Cuban, if any, shall likewise submit to the jurisdiction of the people's courts of the Company's domicile, and shall accept and abide by the Laws of the Republic of Cuba, being barred from invoking the extraterritoriality principle to evade Cuban laws and be subject to those of their nationality.*

IV.  Include an article referring to the existence of the Shareholders Registry and the manner of proceeding in the event of loss, theft, or destruction thereof:

*ARTICLE 15: The Company shall keep a Shareholders Registry, in which it shall record the full name of the holder or the corporate name, as the case may be, the nationality, domicile, number of shares, and any limitation or encumbrance which may exist thereover. Only persons recorded in said Registry shall be treated as shareholders.*

*In the event of the loss, theft, or destruction of a share or stock certificate, the holder thereof who is registered in the Shareholders Registry must immediately so inform the President of the Company, who shall, once the pertinent steps have been taken, instruct the Secretary to issue a duplicate thereof, in which said status shall be recorded.*

[seal]        [initials]        [seal]

V.  Article 18 is restated as follows:

*ARTICLE 18: The regular Shareholders Meetings shall be held once a year, on the date stipulated by the Board of Directors and necessarily within the first half of each year.*

VI.  Article 25 is deleted, since it is identical to Article 21:

*ARTICLE 25: In cases of approval of an increase or decrease in the capital stock, the company's dissolution or liquidation, or any amendment of these Bylaws, two thirds of the number of partners and of the paid-in capital must attend the Shareholders Meeting.*

VII.  A paragraph is added to Article 26, referring to the manner in which the rest of the members of the Board of Directors participate in the Shareholders Meeting:

*ARTICLE 26: The Chairman and Secretary of the General Meeting of Shareholders shall be the persons who hold said positions on the Board of Directors.*

*The rest of the members of the Board of Directors shall attend Shareholders Meetings with the right to speak but not to vote.*

VIII.  Article 28 is restated to adapt it to the company's work and specify certain functions of the Board which had not previously been reflected.

*ARTICLE 28: The powers of the General Meeting shall be the following:*

A)  *Oversee the corporate management and approve the Annual Report, Balance Sheet, and Statement of Income if appropriate, as well as the distribution of dividends proposed by the Board of Directors after all the company's obligations have been fulfilled.*

B)  *Supervise the performance of the Board of Directors.*

C)  *Appoint and remove the members of the Board of Directors and ratify or revoke those who have been appointed by the Board itself on an interim basis.*

D)  *Construe these Bylaws and clarify any questions which may arise in regard to their application.*

E)  *Reduce and increase the capital stock.*

F)  *Amend these Bylaws and dissolve the company in accordance with the Commercial Code and the subsidiary or complementary legislation, and as provided for in these Bylaws.*

[seal]    [initials]        [seal]

G) *Authorize share transfers or not.*

H) *Delegate, by resolution, powers falling under its authority to the Board of Directors, the Chairman thereof, or another member of the Board.*

I) *Assign, sell, or divest assets by any lawful means, or acquire them.*

J) *Resolve on all matters which are submitted to it by the Board of Directors.*

K) *In general, any others which may be appropriate, because they are provided for in these Bylaws or the Law.*

IX. *Article 30, referring to the composition of the Board of Directors, is restated to eliminate the members without portfolio and simplify the order of temporary substitution on the Board.*

*ARTICLE 30: The Board of Directors is comprised of:*

· *The Chairman*
· *The Vice Chairmen*
· *The Treasurer*
· *The Secretary*

*The Board of Directors shall resolve, in general terms, on the order of substitution in the event of temporary absence for any reason, for all its members.*

X. *The second paragraph of Article 34 is restated, since the power to certify the resolutions is vested in the Secretary.*

*ARTICLE 34: The minutes and resolutions adopted by the Board of Directors shall be inserted into the appropriate Minute Book, signed by the Chairman and the Secretary.*

*Certifications of said minutes, as well as of the resolutions reflected therein, shall be issued by the Secretary.*

XI. *Certain items of the powers vested in the Board of Directors are restated to adapt them to current conditions:*

*ARTICLE 35: The Board of Directors has all the powers required to represent, govern, and administer the company in all matters not reserved to the General Meeting by these Bylaws or by legal mandate.*

[seal]   [initials]      [seal]

*Consequently, the Board of Directors has the following powers, listed for merely illustrative purposes and not limiting:*

A) *Represent the Company in all categories of legal acts, whatever their nature may be.*

B) *Summon the General Meetings into session and comply with the resolutions adopted thereat.*

C) *Resolve on the designation, suspension, separation, and when appropriate, the compensation and other working conditions for the personnel which are stipulated in complementary provisions to that end.*

D) *Construe the bylaws and compensate for their omissions until the General Meeting of Shareholders is held.*

E) *Draw up the annual report, balance sheets, statements of income, proposals for distribution of profits, and other accounting documents which must be submitted to the General Meeting.*

F) *Open branches, agencies, delegations, and any other units which are not prohibited by Law, in any part of the national territory or abroad.*

G) *Delegate, by resolution, all or part of its powers to any of the executives or officers as it sees fit, with the exception of those listed in items C, D, E, and F.*

H) *Decide on matters submitted to it for consideration.*

I) *Provisionally fill any vacancies which occur in any of its areas, as well as those which occur in the Board of Directors until the General Meeting of Shareholders is held.*

J) *Any other act which becomes necessary for the company's proper operation and administration, which pertains to its sphere of authority even if it is not specifically stipulated above.*

*XII. The position of Director General, which has been inactive, is eliminated, and its functions are transferred to the Chairman of the Board of Directors, with which the article reads as follows:*

### THE CHAIRMAN OF THE BOARD OF DIRECTORS

*ARTICLE 36: The Chairman of the Board of Directors shall have the following powers and authorities:*

[seal]    [initals]         [seal]

A) *Represent the company in all classes of legal acts and contracts which are proper to the activities that comprise the corporate purpose, using the corporate signature, open the correspondence, managing it; conduct commercial operations of any kind; sign all categories of contracts, for consideration or free of charge, provided they fulfill the company's objectives; open, operate, and close bank accounts of any kind, in both national currency or freely convertible foreign currency, and designate the persons who are to operate them and the manner of doing so; collect sums owed the company and pay debits, draw, accept, endorse, negotiate, pay, and protest bills of exchange, drafts, promissory notes, checks, and other mercantile effects.*

B) *Represent the company before the ordinary and special courts of justice; national or foreign arbitration tribunals; before State or Government Agencies at the different levels of authority, exercising the legal actions authorized by the Law in the defense of the company's interests and delegating said power by resolution when he considers it appropriate.*

C) *Represent the Company in all categories of meetings to which it is summoned or in which it is interested, such as insolvency, suspension of payments, and bankruptcy procedures and any others, with full power to execute the documents deriving therefrom.*

D) *Exercise the authority over, and direction of, all the personnel and their technical and administrative organization, seeing to the most perfect order and efficiency of the personnel and of the organizational systems that are adopted.*

E) *Formalize all the accounting and administrative documentation which is required for the company's normal operation.*

F) *Confer powers of attorney when he considers it necessary or convenient for the company's interests.*

G) *Report on the issues which must be resolved by the Board of Directors.*

H) *Carry out the delegations of authority conferred upon him by the Board of Directors.*

I) *Order the designation, suspension, and dismissal of personnel in the appropriate categories as prescribed.*

J) *Delegate, by resolution, any of his powers and authorities, with the exception of those listed in items F), G), and H).*

K) *In general, perform all legal acts and contracts which will contribute to the company's good operation and administration and which pertain to the company's activity even if they are not specifically listed above.*

L) *Delegate, by resolution, any of his functions and authorities, with the exception of those listed in items F), G), and H).*

[seal]          [initials]          [seal]

*XIII. Two functions for the Secretary, related to the Shareholders Meeting and his work, are included:*

*ARTICLE 40: The Secretary shall have the following functions and authorities:*

*E) Summon the General Meetings of Shareholders and Board of Directors Meetings at the Chairman's request, and circulate the agenda beforehand.*

*F) Monitor the resolutions adopted by the General Meetings of Shareholders or the Board of Directors.*

*XIV. The section pertaining to bank accounts and its Article 42 is deleted, since this pertains to the regulations adopted to that end by the Central Bank of Cuba.*

## BANK ACCOUNTS

*ARTICLE 42: As regards the opening, operation, and closing of bank accounts of any kind, the measures adopted by the Central Bank of Cuba on the subject shall be followed.*

*XV. The section referring to the company's dissolution and liquidation is complete.*

## THE COMPANY'S DISSOLUTION AND LIQUIDATION

*ARTICLE 47: The company shall be dissolved for the following causes:*

*A) Expiration of the term of the company's duration, in the absence of a resolution for its extension.*

*B) The impossibility of achieving its corporate purpose.*

*C) Agreement of the shareholders.*

*D) Total loss of the capital stock.*

*E) Any other provided for in the legislation.*

*ARTICLE 48: The occurrence of any of these causes shall result in a declaration of dissolution and commencement of the liquidation process.*

*ARTICLE 49: Upon the commencement of the company's liquidation, the functions of the Board of Directors shall cease, to which end the General Meeting of Shareholders shall designate two liquidators, and a third shall be designated by the State Administration.*

[seal]          [initials]          [seal]

*ARTICLE 50: From the time of their appointment, the liquidators shall be the company's representatives and administrators, and their performance must focus on collecting the company's claims which are due and payable at the time the dissolution is declared and those which become due and payable thereafter, liquidating the pending obligations at the time the liquidation is resolved or thereafter, and in general, concluding the pending operations.*

*In addition and in conformity with the currently applicable legislation, they must:*

A) *Submit to the General Meeting of Shareholders, within the term it has stipulated, the inventory of corporate assets and the initial balance of the company's accounts.*

B) *Submit detailed monthly reports to the General Meeting of Shareholders on the status of the liquidation, and the final balance sheet thereof at the proper time.*

*Upon the conclusion of his presentation, the Chairman submitted the proposed amendments to a vote, and they were unanimously approved.*

*Point No. 2*

*The Secretary said that a transfer of corporate shares had been requested, to which end the Board of Directors, having examined the matter, proposed to the Shareholders Meeting that said act be consummated in favor of the legal entities represented at the meeting, in the following manner:*

*The Milenio S.A. business company shall acquire four (4) shares.*
*The National Council of Plastic Arts shall acquire (1) share.*

*When the proposal was put to a vote, it was unanimously approved.*

*The Secretary stated that, as a consequence of said approvals, the current shares will be cancelled and new stock certificates will be issued.*

*The Chairman designated the Secretary to formally record the minutes of the meeting before a Notary Public, with the company's new bylaws, as well as to carry out the pertinent procedures for the best possible execution of the resolutions that were adopted, and he adjourned the meeting at 11:00 a.m. on the date hereof.*

*[signature]*                                 *[signature]*
*Elsa Huete González*           *Concurrence:*    *Manuel Puerta La Rosa*
*Secretary of the Board of Directors*                *Chairman*

*[seal, illegible]*                               *[seal, illegible]*

***List of resolutions adopted at the Special General Meeting of Shareholders or Artex, S.A., held on:***

***Resolution No. 145:*** *Amend the company's bylaws as described in the Minutes.*

***Resolution No. 146:*** *Approve the transfer of shares in the company as follows:*

*The Milenio S.A. company acquires 3 shares.*
*The National Council of Plastic Arts acquires 2 shares.*

***Resolution No.147:*** *Cancel and destroy the previous stock certificates and issue new certificates in favor of the current shareholders.*

***Resolution No. 148:*** *Instruct Ms. Elsa Huete González, Secretary of the Board of Directors, to carry out the pertinent procedures for the best possible execution of the resolutions which were adopted.*

*[signature]*                                          *[signature]*
*Elsa Huete González*          *Concurrence:* *Manuel Puerta La Rosa*
*Secretary of the Board of Directors*          *Chairman*

*[seal, illegible]*                                          *[seal, illegible]*

### BYLAWS OF THE COMPANY

**ARTICLE 1:** *A Cuban commercial company is incorporated with the name Promociones Artísticas y Literarias, Sociedad Anónima, which shall be known by the abbreviation ARTex s.a., which shall be governed by these Bylaws, and for matters not provided for herein, by the provisions of the Commercial Code and the currently applicable legislation:*

**ARTICLE 2:** *The company shall have as its purpose:*

- *The production and marketing of artistic exhibits in which multiple art forms may be combined or not.*

- *The marketing of artistic representations, those of soloists, musical groups and orchestras, dance groups, circuses, and dramatic-musical groups.*

- *The representation and management of artists engaged in any cultural form of expression, as well as artistic units for all genres and formats.*

- *The recording, reproduction, manufacture, final assembly, distribution, storage, rental, exchange, and in general the commercial utilization by means of any act of compact discs, discs, tapes, cassettes, CD Roms, audiovisual works contained in videograms, videotapes, videogames, and other technological media of similar nature which currently exist or may come to exist and which require dissemination for cultural, artistic, scientific, instructional, recreational, or commercial purposes.*

- *The publication of musical works.*

- *The marketing of copyrights in any artistic form of expression, as well as editorial rights.*

- *The marketing of courses and advising activities in the different forms of cultural expression, specialized in any of their modalities, to be done either in Cuba or abroad.*

- *The design and production of objects of artistic or cultural value, and their marketing.*

- *The marketing of works of plastic arts, graphic arts, applied arts, crafts, and antiques.*

- *Organization of, and participation in, events, fairs, exhibitions, and modeling events, and marketing of their component parts.*

[seal]          [initials]

F) *Borrow, issue promissory notes, issue, accept, and protest bills of exchange or any other documents which represent obligations and everything which may be lawful and benefit of the achievement of the corporate purpose.*

G) *Open, operate, and close bank accounts in national currency and freely convertible currency at the appropriate offices of the banks which comprise the national banking system.*

### DURATION

**ARTICLE 3:** *The company is incorporated for a term of ninety years, commencing as of the date of commencement of its operations.*

### COMMENCEMENT OF OPERATIONS

**ARTICLE 4:** *The date of commencement of its operations is that of its first registration in the Commercial Registry and the Registry of Corporations of Havana, in accordance with the currently applicable legislation.*

### CORPORATE DOMICILE

**ARTICLE 5:** *The company's corporate domicile shall be at 5ta Avenida, number 8010 between 80 and 82, Reparto Miramar, Playa Municipality, City of Havana Province.*

### CAPITAL

**ARTICLE 6:** *The company's authorized capital stock shall be five thousand pesos ($5,000.00) National Currency, represented by five shares with a par value of one thousand pesos ($1,000.00) each, all equal in rights and obligations, and consecutively numbered.*

*Said shares shall be registered, and since a commercial company cannot make available its shares, they shall not be sold to the public.*

*The capital stock is totally paid in.*

**ARTICLE 7:** *The capital stock may be increased or decreased by resolution adopted at a General Meeting of Shareholders. A resolution reducing the capital can only be executed after settlement of the debts and obligations pending on the date when the resolution was adopted, except when the creditors give prior consent.*

*In the event of a capital increase, the partners have a pre-emptive right of acquisition, in proportion to their number of shares they hold, over the new shares which are issued as a consequence thereof.*

[seal]   [initials]       [seal]

## SHARES AND SHAREHOLDERS

**ARTICLE 8[:]** *The shares shall be registered and consecutively numbered from one to five, both inclusive, shall be recorded in a coupon book, and their par value shall be stated.*

**ARTICLE 9:** *The shares shall be individual as far as the company is concerned, and each one represents one vote.*

*The company shall not recognize more than a single owner for each share. Accordingly, in the event a share belongs pro-indiviso to several persons, they must collectively designate a single person to represent them, who shall be recognized by the company as the owner for all intents and purposes.*

**ARTICLE 10:** *A holder of shares who is interested in selling them shall so inform the Board of Directors, offering them to any of the other shareholders.*

*The Board shall express its position on the offering within a term not exceeding fifteen consecutive days from the date on which the shareholder announced his intention.*

*If no shareholder is interested in acquiring them, the company shall acquire them for itself, for the sole purpose of their amortization.*

**ARTICLE 11:** *Once the Board has expressed its position, a Special Shareholders Meeting shall be summoned, which shall decide thereon.*

**ARTICLE 12:** *The holding of one or more shares implies the shareholder's absolute satisfaction with these Bylaws, which have been previously read by him, and with what is subsequently resolved by the General Meeting of Shareholders, convened in accordance with these Bylaws, and the Board of Directors, provided it has resolved and acted in accordance with law.*

**ARTICLE 13:** *For legal purposes, the shareholders shall be deemed to be domiciled in Havana, where the company has established its corporate domicile, and they are accordingly subject to the jurisdiction of the people's courts of said domicile, waiving their other forums, if any.*

**ARTICLE 14:** *The shareholders are obligated to inform the Board of Directors of their particular domicile or the one at which they wish to receive notices from the Board. To that end the Secretary of the company shall keep a list or book of shareholders in which their domiciles shall be recorded.*

**ARTICLE 15:** *The company shall keep a Shareholders Registry, in which it shall record the full name of the holder or the corporate name, as the case may be, the nationality, domicile, number of shares, and any limitation or encumbrance which may exist thereover. Only persons recorded in said Registry shall be treated as shareholders.*

[initials]

*In the event of the loss, theft, or destruction of a share or stock certificate, the holder thereof who is registered in the Shareholders Registry must immediately so inform the President of the Company, who shall, once the pertinent steps have been taken, instruct the Secretary to issue a duplicate thereof, in which said status shall be recorded.*

## GOVERNANCE AND ADMINISTRATION OF THE COMPANY

**ARTICLE 16:** *The company governance and administration shall be exercised by the General Meeting of Shareholders and by the Board of Directors.*

## THE GENERAL MEETING OF SHAREHOLDERS

**ARTICLE 17:** *The General Meeting of Shareholders shall exercise the company's supreme representation.*

*The Shareholders Meetings shall convene in regular and/or special session.*

**ARTICLE 18:** *The regular Shareholders Meetings shall be held once a year, on the date stipulated by the Board of Directors and necessarily within the first half of each year.*

**ARTICLE 19:** *Any matter which requires immediate solution may be debated at a Special Meeting, including the substitution of members of the Board of Directors.*

*Special General Meetings of Shareholders shall be summoned when so resolved by the Board of Directors or requested by more than one shareholder, or a shareholder whose holdings represent more than one share; the issues to be debated must be expressed in detail in the request.*

**ARTICLE 20:** *Notices of meeting for General Meetings of Shareholders shall be sent by the Secretary, in compliance with the Board's resolution, and they shall necessarily indicate in a clear fashion the issues which are to be debated at the meeting.*

*The Secretary must deliver the notices to the shareholders at least seventy-two hours in advance, either in person or at the domicile shown in the list of addresses to which reference is made in Article Thirteen of these Bylaws.*

*In the event there is no "quorum" at the first meeting, the Board of Directors is empowered to make two simultaneous calls, in which case the second call shall be scheduled with a difference of forty-eight business hours vis-à-vis the first.*

**ARTICLE 21:** *When the meeting is called to resolve on an increase or decrease of the capital stock, the company's dissolution or liquidation, or any amendment of these Bylaws, two thirds of the number of partners and of the paid-in capital, i.e., three partners and three shares, must be present at the meeting.*

[seal]    [initials]         [seal]

**ARTICLE 22:** The shareholders may delegate their representation to any person, whether a shareholder or not, and even to any of the members of the Board of Directors, by written authorization which must be special for each Shareholders Meeting and must remain in the Secretary's custody.

In such cases, the amount of capital and the number of shares held by the principal shall be attributed to the representative for voting and quorum purposes.

**ARTICLE 23:** The shareholders must attend the Shareholders Meeting, presenting the shares of which they are the holders, or the certification or record issued by a national banking institution at which the shares are on deposit, if any. The Secretary shall bear witness, with the Chairman's concurrence, to having examined said documents, and this shall be recorded in the Minutes of the Meeting.

**ARTICLE 24:** General Meeting of Shareholders resolutions shall be adopted by a majority of votes pertaining to the shares represented at the Meeting.

If there is no majority, there shall be no resolution. Each share represents one vote.

Said resolutions bind all the shareholders, including those who dissent therefrom, those who abstain, and those who are absent or disabled, without prejudice to the right to challenge them, which may exist if they were adopted on the basis of any infringement of these Bylaws or the Laws.

**ARTICLE 25:** The Chairman and the Secretary of the General Meeting of Shareholders are the persons who shall hold the same positions on the Board of Directors.

The rest of the members of the Board of Directors shall attend Shareholders Meeting with the right to speak but not to vote.

The Chairman shall be vested with all the necessary powers to direct the debates and resolve any doubts and incidents which may arise.

**ARTICLE 26:** Once a Shareholders Meeting is convened, the Secretary shall draw up a list of the shareholders present and of those represented, with the number of votes held by each of them and the number they represent by delegation.

Minutes shall be taken of each Meeting, which shall be approved upon its conclusion, and in which the list indicated in the preceding paragraph shall be included.

The minutes of the Shareholders Meetings and their respective resolutions shall be authorized by the Secretary with the Chairman's concurrence, and shall be recorded in the company's Minute Book.

**ARTICLE 27:** The powers of the General Meeting shall be the following:

A) Oversee the corporate management and approve the Annual Report, Balance Sheet, and Statement of Income if appropriate, as well as the distribution of dividends proposed by the Board of Directors after all the company's obligations have been fulfilled.

[initials]

B) *Supervise the performance of the Board of Directors.*

C) *Appoint and remove the members of the Board of Directors and ratify or revoke those who have been appointed by the Board itself on an interim basis.*

D) *Construe these Bylaws and clarify any questions which may arise in regard to their application.*

E) *Reduce and increase the capital stock.*

F) *Amend these Bylaws and dissolve the company in accordance with the Commercial Code and the subsidiary or complementary legislation, and as provided for in these Bylaws.*

G) *Authorize share transfers or not.*

H) *Delegate, by resolution, powers falling under its authority to the Board of Directors, the Chairman thereof, or another members of the Board.*

I) *Assign, sell, or divest assets by any lawful means, or acquire them.*

J) *Resolve on all matters which are submitted to it by the Board of Directors.*

K) *In general, any others which may be appropriate, because they are provided for in these Bylaws or the Law.*

### *THE BOARD OF DIRECTORS*

**ARTICLE 28:** *The Board of Directors shall be the executive body which shall administer the company and shall represent it and the General Meeting of Shareholders; its members may be shareholders or not.*

*The members of the Board of Directors are designated by the General Meeting of Shareholders.*

**ARTICLE 29:** *The Board of Directors is comprised of:*

*· The Chairman*
*· The Vice Chairmen*
*· The Treasurer*
*· The Secretary*

*The Board of Directors shall resolve, in general terms, on the order of substitution in the event of temporary absence for any reason, for all its members.*

**ARTICLE 30:** *When a vacancy occurs in the Board of Directors, it has the authority to fill it on an interim basis, reporting said action at the first General Meeting of Shareholders to be held, for purposes of ratification or renewal.*

**ARTICLE 31:** *The Board of Directors shall meet as often as requested by the Chairman, the Director General, or two of its members.*

[seal]   [initials]

*Notice of meeting shall be given in writing with the Secretary's signature, and shall indicate the issues to be debated. Said agenda shall be approved or modified at the commencement of each Board of Directors meeting.*

**ARTICLE 32:** *The Board's resolutions shall be adopted by majority vote, and if there is a tie, the Chairman decides.*

**ARTICLE 33:** *The minutes and resolutions adopted by the Board of Directors shall be inserted into the appropriate Minute Book, signed by the Chairman and the Secretary.*

*Certifications of said minutes, as well as of the resolutions reflected therein, shall be issued by the Secretary.*

**ARTICLE 34:** *The Board of Directors has all the powers required to represent, govern, and administer the company in all matters not reserved to the General Meeting by these Bylaws or by legal mandate.*

*Consequently, the Board of Directors has the following powers, listed for merely illustrative purposes and not limiting:*

*A)  Represent the company in all categories of legal acts, whatever their nature may be.*

*A) [sic] Summon the General Meetings into session and comply with the resolutions adopted thereat.*

*B) [sic] Resolve the designation, suspension, separation, and when appropriate, the compensation and other working conditions for the personnel which are stipulated in complementary provisions to that end.*

*C) [sic] Construe the bylaws and compensate for their omissions until the General Meeting of Shareholders is held.*

*D) [sic] Draw up the annual report, balance sheets, statements of income, proposals for distribution of profits, and other accounting documents which must be submitted to the General Meeting.*

*E) [sic] Open branches, agencies, delegations, and any other units which are not prohibited by Law, in any part of the national territory or abroad.*

*F) [sic] Delegate, by resolution, all or part of its powers to any of the executives or officers as it sees fit, with the exception of those listed in items C, D, E, and F.*

*G) [sic] Decide on matters submitted to it for consideration.*

*H) [sic] Provisionally fill any vacancies which occur in any of its areas, as well as those which occur in the Board of Directors until the General Meeting of Shareholders is held.*

[seal]   [initials]        [seal]

I) *[sic]  Any other act which becomes necessary for the company's proper operation and administration, which pertains to its sphere of authority even if it is not specifically stipulated above.*

### THE CHAIRMAN OF THE BOARD OF DIRECTORS

**ARTICLE 35:** *The Chairman of the Board of Directors shall have the following powers and authorities:*

A) *Represent the company in all classes of legal acts and contracts which are proper to the activities that comprise the corporate purpose, using the corporate signature, open the correspondence, managing it; conduct commercial operations of any kind; sign all categories of contracts, for consideration or free of charge, provided they fulfill the company's objectives, open, operate, and close bank accounts of any kind, in both national currency or freely convertible foreign currency, and designate the persons who are to operate them and the manner of doing so; collect sums owed the company and pay debits, draw, accept, endorse, negotiate, pay, and protest bills of exchange, drafts, promissory notes, checks, and other mercantile effects.*

B) *Represent the company before the ordinary and special courts of justice; national or foreign arbitration tribunals; before State or Government Agencies at the different levels of authority, exercising the legal actions authorized by the Law in the defense of the company's interests and delegating said power by resolution when he considers it appropriate.*

C) *Represent the Company in all categories of meetings to which it is summoned or in which it is interested, such as insolvency, suspension of payments, and bankruptcy procedures and any others, with full power to execute the documents deriving therefrom.*

D) *Exercise the authority over, and direction of, all the personnel and their technical and administrative organization, seeing to the most perfect order and efficiency of the personnel and of the organizational systems that are adopted.*

E) *Formalize all the accounting and administrative documentation which is required for the company's normal operation.*

F) *Confer powers of attorney when he considers it necessary or convenient for the company's interests.*

G) *Report on the issues which must be resolved by the Board of Directors.*

H) *Carry out the delegations of authority conferred upon him by the Board of Directors.*

I) *Order the designation, suspension, and dismissal of personnel in the appropriate categories as prescribed.*

J) *Delegate, by resolution, any of his powers and authorities, with the exception of those listed in items F), G), and H).*

[seal]              [initials]           [seal]

K) In general, perform all legal acts and contracts which will contribute to the Company's good operation and administration and which pertain to the Company's activity even if they are not specifically listed above.

### THE VICE CHAIRMEN

**ARTICLE 36:** The Vice Chairmen shall have the following functions and authorities:

A) Substitute for the Chairman in the event of absence, resignation, vacancy, or impediment for any cause, pursuant to the provisions of Article 29.

B) Represent the Company in all classes of legal acts and contracts, whether for compensation or free of charge, which are proper to the activities falling within their area of authority.

C) Operate bank accounts of any kind, in both national and foreign currency, collect sums owed the company and pay its debits, draw, accept, guarantee, endorse, negotiate, pay, and protest bills of exchange, drafts, promissory notes, checks, and other commercial effects.

D) Supervise the work entrusted to the Board of Directors, jointly with the Chairman.

E) All those which are delegated to him by the Chairman or the Board of Directors.

### THE SECRETARY

**ARTICLE 37:** The Secretary shall have the following functions and authorities:

A) Keep and have custody of the Company's Minute Books and Shareholders Registry.

B) Issue certifications following examination of the books and documents under his care and custody.

C) Be responsible for the drafting of the minutes for the General Meetings of Shareholders and the Board of Directors.

D) Sign the shares, the stock certificates, and the minutes of the General Meetings of Shareholders and Board of Directors Meetings, with the Chairman's concurrence.

E) Summon the General Meetings of Shareholders and Board of Directors Meetings at the Chairman's request, and circulate the agenda beforehand.

F) Monitor the resolutions which are adopted by the General Meeting of Shareholders or the Board of Directors.

G) Any other task which is assigned to him by the General Meeting, the Board of Directors, or the Chairman.

[seal]          [initials]          [seal]

### THE TREASURER

**ARTICLE 38:** *The Treasurer shall have the following functions and authorities:*

A) *Direct and keep the accounting and balance sheets, himself or through other employees working under his responsibility.*

B) *Have custody of the Company's funds and valuables.*

C) *Sign, bank, credit, and other documents.*

D) *Operate bank accounts of any kind, in both national currency and freely convertible foreign currency, collect sums owed to the company and pay debits, draw, accept, guarantee, endorse, negotiate, pay, and protest bills of exchange, drafts, promissory notes, checks, and other commercial effects.*

E) *Any other function assigned to him by the General Meeting, the Board of Directors, or the Chairman.*

### THE BALANCE SHEETS, RESERVES, AND DISTRIBUTION OF PROFITS

**ARTICLE 39:** *The fiscal year shall coincide with the calendar year, and accordingly, it shall commence on the first day of January and terminate on the thirty first day of December of each year. By way of exception, the first fiscal year shall commence as of the date of incorporation and run to the thirty first day of the following December.*

**ARTICLE 40:** *For purposes of distribution of profits, liquid or net profit shall be understood as the profit reflected in the accounting once the gross revenue has been reduced by the expenses required to obtain it.*

**ARTICLE 41:** *The liquid or net profit obtained as indicated in the preceding article, following deduction of the tax applicable thereto and the creation of the voluntary reserve, shall be allocated to:*

A) *Distribution of dividends on assets, in the amount and form determined by the General Meeting.*

B) *Any other use which the General Meeting may find appropriate.*

**ARTICLE 42:** *The Board of Directors shall submit the Annual Report, Balance Sheet, Statement of Income, if any, and proposal for the distribution of profits to the Regular General Meeting of Shareholders.*

### DISSOLUTION AND LIQUIDATION OF THE COMPANY

**ARTICLE 43:** *The Company shall be dissolved for the following causes:*

A) *Expiration of the term of the company's duration, in the absence of a resolution for its extension.*

[initials]          [seal]

B) *The impossibility of achieving its corporate purpose.*

C) *Agreement of the parties.*

D) *Total loss of the capital stock.*

E) *Any other provided for in the legislation.*

**ARTICLE 44:** *The occurrence of any of these causes shall result in a declaration of dissolution and commencement of the liquidation process.*

**ARTICLE 45:** *Upon the commencement of the company's liquidation, the functions of the Board of Directors shall cease, to which end the General Meeting of Shareholders shall designate two liquidators, and a third shall be designated by the State Administration.*

**ARTICLE 46:** *From the time of their appointment, the liquidators shall be the company's representatives and administrators, and their performance must focus on collecting the company's claims which are due and payable at the time the dissolution is declared and those which become due and payable thereafter, liquidating the pending obligations at the time the liquidation is resolved or thereafter, and in general, concluding the pending operations.*

*In addition and in conformity with the currently applicable legislation, they must:*

A) *Submit to the General Meeting of Shareholders, within the term it has stipulated, the inventory of corporate assets and the initial balance of the company's accounts.*

B) *Submit detailed monthly reports to the General Meeting of Shareholders on the status of the liquidation, and the final balance sheet thereof at the proper time.*

*[seal, illegible]*

DRN-27

Continuation of Certificate of Notarization number        , dated February   , 2003.

**IDENTICAL TO ITS ORIGINAL**, which under the consecutive number appearing in the heading hereof, is on file in the protocol of the Special Notarial Office over which I preside, to which I make reference, and on which I affixed and canceled tax stamps with a value of five pesos, national currency, and I issue this copy for the person appearing, occupying 24 sheets of typed paper, on the _____ day of February, 2003. I BEAR WITNESS. -------------------------------------------------------------------------

[signature] OLGA LIDIA PÉREZ DÍAZ
NOTARY No. 013
[seal, illegible]

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**Language**/*Works*

STATE OF NEW YORK     )
                                        )        ss
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of **Artex Statutes**, completed on 1/26/2010, originally written in Spanish.

Craig A. Adkins
Director of Business Development
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 26th day of January 2010

Notary Public

MARCEL HENRIQUE VOTOBORX
Notary Public, State of New York
No. 01VO6154182
Certificate Filed in New York County
Qualified in Kings County
Commission Expires October 23, 20 _10_

DRN - 27

NUMERO: - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - -**ACTA DE PROTOCOLIZACION**- - - - - - - - - - - - -
Ciudad de La Habana,   de febrero del 2003.- - -
- - - - - - - - - - - - - - - - - - -**ANTE MI**- - - - - - - - - - - - - - - - - -
**LICENCIADA OLGA LIDIA PÉREZ DÍAZ,** Notaria con
competencia  nacional  y  sede  en  la  Notaría
Especial  del  Ministerio  de  Justicia  de  la
República  de  Cuba,  municipio  Plaza  de  la
Revolución, en esta ciudad.- - - - - - - - - - - - - - - - - - - - -
- - -  - - - - - - - - - - - - - - - -**COMPARECE**- - - - - - - - - - - - - - - - - - - -
**ELSA HUETE GONZALEZ,** natural de Quiebra Hacha, La
Habana, ciudadana cubana, mayor de edad, soltera,
abogada,  domiciliada  en  Calle   82 número 322,
Reparto  La  Boca,  Mariel,  La  Habana,  a  quien
identifico  mediante  su  documento  oficial  de
identidad   número 56102809578.- - - - - - - - - - - - - - - - - -
**CONCURRE**   a  nombre   y  en  representación  de  la
sociedad  mercantil  de  nacionalidad  cubana
denominada **Promociones Artísticas y Literarias,
Sociedad Anónima,**  también  conocida  como **ARTEX
S.A.,**  con  domicilio  social  en  Quinta Avenida
número  8010 entre  80  y  82,  Miramar,  municipio
Playa,  en  esta  ciudad,  y  duración  indefinida,
constituida  mediante  la  escritura  número  96  de
fecha  4  de  febrero  de  1989  autorizada  por  la
Doctora  Antonia  del  Carmen  Placeres  Brito,
Notaria  que  fuera  de  esta  Notaría,  la  que  se
encuentra  inscripta  en  el  Registro  Central  de
Compañías  Anónimas  en  el  Libro  158,  Folio  32,
Hoja  9956,  Sección  Segunda,  Inscripción  Primera,
y  en  el  Registro  Mercantil  Segundo  de  La  Habana
en  el  Libro  666,  Folio  134,  Hoja  16704,
Inscripción  Primera.-  Ejerce  esta  representación
en  su  carácter  de  Secretaria  del  Consejo  de
Administración,  designada  mediante  el  acuerdo
número  141 que  obra  en  el  propio  documento  que  se
protocoliza,  asegurándome  su  vigencia.  La
requirente  me  exhibe  copia  de  la  escritura
constitutiva, que  tengo  en  este  acto  a  la  vista  y
devuelvo.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**ASEGURA HALLARSE** en  el  pleno  goce  y  ejercicio  de
sus  derechos  civiles  y  tiene  a  mi  juicio  la
capacidad  legal  necesaria  para  este  acto  y  dice:-
**PRIMERA:** Que  me  requiere  a  mí,  la  Notaria,  para
protocolizar  a  continuación  de  la  presente  acta,
el  siguiente  documento  que  he  examinado,
habiéndole  hecho  las  advertencias  legales
procedentes:- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**ACTA NUMERO  DE LA JUNTA GENERAL DE ACCIONISTAS
DE  LA  SOCIEDAD  PROMOCIONES  ARTISTICAS  Y
LITERARIAS, ARTEX, S.A.,** celebrada  en  fecha  10 de
diciembre  del  2002 en  la  Ciudad  de  La  Habana.- - - -
**SEGUNDA:** Que  a  todos  los  efectos  legales  declara
ser  parte  interesada,   que  el  documento  es
fidedigno  y  que  su  contenido  es  cierto,
respondiendo  a  terceros  de  todos  los  perjuicios

que con el mismo pudiera ocasionar si resultare
falso.------------------------------------------
Yo, la Notaria, procedo a incorporar a mi
protocolo el citado documento, sin más efecto que
el de asegurar la identidad del mismo y su
existencia en esta fecha, el cual consta de
veinte y tres hojas de papel escritas de forma
automatizada en idioma español.------------------
**LEÍDA ÍNTEGRAMENTE** y en un solo acto esta acta
por mí, la Notaria, a la requirente, por su
elección, previa advertencia del derecho que le
asiste de leerlo por sí, conforme en su contenido
lo ratifica y firma por ante mí.----------------
**DE TODO LO CUAL** y de la identidad de la
compareciente, constándome sus demás generales
por sus manifestaciones, yo, la Notaria, **DOY FE.-**
**FIRMADO: ELSA HUETE GONZALEZ Y LICENCIADA OLGA**
**LIDIA PÉREZ DÍAZ, NOTARIA.**----------------------

### *ACTA*

### *JUNTA GENERAL DE ACCIONISTAS*

*En la ciudad de La Habana, a los 10 días del mes de diciembre del 200 , en el domicilio social de la sociedad Promociones Artísticas y Literarias, s.a, abreviadamente Artex .s.a, se reúne con carácter extraordinario, la Junta General de Accionistas de ésta, compuesta por:*

*Manuel Puerta La Rosa, Presidente del Consejo de Administración de Artex s.a., y de la Junta General*
*José A. Pérez Socarrás, Vicepresidente de Artex s.a.*
*Edelberto Valdés Dilla, Vicepresidente de Artex s.a.*
*Isabel Corominas Portuondo, Vicepresidenta de Artex s.a.*
*Miriam Pérez Rodríguez, Gerente Económica de Artex s.a. y Tesorera de la sociedad, y*
*Elsa Huete González, Asesora Jurídica Principal de Artex s.a. y Secretaria del Consejo de Administración y de la Junta.*

*Eduardo Quesada Palenzuela, quien concurre en su carácter de Presidente de la sociedad mercantil Milenio s.a., a nombre y en representación de ésta, según acredita.*

*Rafael Acosta de Arriba, quien concurre en su carácter de Presidente del Consejo Nacional de las Artes Plásticas, a nombre y en representación de éste, según acredita.*

*Estando presentes todos los miembros de la Junta se somete a su aprobación el Orden del Día previamente circulado, siendo aprobado por unanimidad, por lo que queda como sigue*

### *ORDEN DEL DIA*

*1.- Modificación de los Estatutos de la Sociedad.*
*2.- Traspaso de acciones.*

*Desarrollo de la reunión*

*El Presidente de la Junta inicia la reunión, informando que por necesidades de la sociedad es necesario proceder a la modificación de los estatutos de esta, lo que les será explicado por la Secretaria de la sociedad, a la que da la palabra.*

*La Secretaria expone que a los miembros del Consejo y accionistas, les fueron consultadas las modificaciones propuestas y que expone a continuación a fin de que se aprueben por la Junta, aclarando que todas las referencias de los artículos están hechas a la numeración actual de los mismos:*



I.   Se propone incluir dos artículos, que serán el 10 y el 11, regulando el modo de transmitir las acciones:

*ARTICULO 10: El poseedor de acciones que esté interesado en venderla, lo comunicará al Consejo de Administración, ofreciéndola a cualquiera de los otros accionistas.*

*El Consejo dará su parecer a la oferta en un término no mayor de quince días naturales contados a partir de la fecha en la que el accionista anunció su propósito al mismo.*

*Si ningún accionista estuviere interesado en su adquisición, la sociedad las adquirirá para sí, al sólo efecto de su amortización.*

*ARTICULO 11: Una vez emitido por el Consejo su parecer, se convocará a Junta extraordinaria de accionistas, la que decidirá sobre el asunto.*

II.  Se propone eliminar el actual artículo 11, pues la sociedad en ningún caso entregaría sus acciones en prenda o usufructo.

*ARTICULO 11: En caso de haberse entregado en prenda o usufructo alguna acción corresponderá al propietario el ejercicio de los derechos de accionista. Serán nulos los pactos en contrario.*

III. Se elimina el 2do párrafo del artículo 13:

*Artículo 13, 2do párrafo: En igual sentido los accionistas de otra nacionalidad que no sea la cubana, si hubieran, aceptan someterse a la jurisdicción de los tribunales populares del domicilio de la Sociedad, así como aceptar y cumplir las Leyes de la República de Cuba, sin que puedan involucrar el principio de extraterritorialidad para eludir las leyes cubanas y someterse a las de su nacionalidad*

IV.  Incluir un artículo referido a la existencia del Libro de Registro de Acciones y el modo de proceder en caso de extravío, robo o destrucción de las mismas:

*ARTICULO 15: La Sociedad llevará un Libro Registro de Acciones, en el que se anotará el nombre y apellidos del titular o razón social, según el caso, nacionalidad, domicilio, número de la acción y cualquier limitación o gravamen que exista sobre ellas. Sólo se tendrá como accionista quien se halle inscrito en dicho Libro.*

*En caso de extravío, robo o destrucción de la acción o certificado, el titular inscrito en el Libro Registro de Acciones, deberá comunicarlo de inmediato al Presidente de la Sociedad, el que una vez adoptadas las medidas pertinentes, indicará al Secretario la emisión de un duplicado, en el cual se hará constar esta condición.*



V.     El artículo 18 se reformula, quedando como sigue:

*ARTICULO 18: Las Juntas ordinarias se celebrarán una vez al año, en la fecha que señale el Consejo de Administración y necesariamente dentro del primer semestre de cada año.*

*VI.     Se elimina el artículo 25, por ser idéntico al 21:*

*ARTICULO 25: Cuando se trate de acordar aumento o disminución del capital social, la disolución o liquidación de la sociedad o cualquier modificación de estos Estatutos, habrán de concurrir a Junta para que sea válida, las dos terceras partes del número de socios y del capital  desembolsado.*

*VII.     Se añade un párrafo al artículo 26, referido a la forma en que participa el resto del Consejo de Administración en la Junta de Accionistas:*

*ARTICULO 26: El Presidente, y Secretario de la Junta General lo serán quienes ostenten estos mismos cargos en el Consejo de Administración.*

*El resto de los miembros del Consejo de Administración asistirán a la Junta con voz pero sin voto.*

*VIII.     El artículo 28 se reformula a los fines de adecuarlo al trabajo de la sociedad y precisar algunas funciones de la Junta que no aparecían consignadas .*

*ARTICULO 28: Serán facultades de la Junta General las siguientes:*

*A) Controlar la gestión social y aprobar, en su caso, la Memoria, Balance y cuentas de pérdidas y ganancias, así como la distribución de dividendos propuesta por el Consejo de Administración después de haber sido satisfechas todas las obligaciones de la sociedad mercantil .*

*B) Supervisar la gestión del Consejo de Administración.*

*C) Nombrar y separar a los miembros del Consejo de Administración y ratificar o revocar a los que hubieren sido nombrados por el propio Consejo con carácter interino.*

*D) Interpretar estos Estatutos y aclarar las dudas que surgieran  de su aplicación.*

*E) Reducir y aumentar el capital social.*

*F) Modificar estos Estatutos y disolver la Sociedad con arreglo al Código del Comercio y la legislación supletoria o complementaria y según señalan estos Estatutos.*



*G) Autorizar o no el traspaso de acciones.*

*H) Delegar mediante acuerdo, facultades de su competencia en el Consejo de Administración, el Presidente de este u otro miembro del Consejo.*

*I) Ceder, vender o enajenar bienes por cualquier medio lícito, o adquirirlos.*

*J) Resolver cuantos asuntos le sean sometidos por el Consejo de Administración.*

*K) En general, cualquier otra que le corresponda por disponerlo así estos Estatutos o la Ley.*

*IX.        Se reformula el artículo 30 referido a la integración del Consejo de Administración, eliminando los vocales y simplificando el orden de sustitución Temporal en el Consejo.*

*ARTICULO 30: El Consejo de Administración lo constituyen:*

*- El Presidente*
*- Los Vicepresidentes.*
*- El Tesorero.*
*- El Secretario.*

*El Consejo de Administración acordará, de modo general, el orden de sustitución en caso de ausencia temporal por cualquier causa, para todos sus miembros.*

*X.        Se reformula el 2do párrafo del artículo 34, pues la facultad de certificar los acuerdos corresponde al Secretario.*

*ARTICULO 34: Las actas y los acuerdos tomados por el Consejo de Administración, se insertarán en el correspondiente libro de actas, firmadas por el Presidente y el Secretario.*

*Las certificaciones de dichas actas, así como de los acuerdos en ella adoptados,  se expedirán por el Secretario.*

*XI.        Se reformulan algunos incisos de las atribuciones del Consejo de Administración, a fin de adecuarlas a la realidad actual:*

*ARTICULO 35: Al Consejo de Administración le corresponden todas las facultades necesarias para representar, regir y administrar la sociedad en todo cuanto no esté reservado a la Junta General por estos Estatutos o por mandato de ley.*



*En consecuencia corresponde al Consejo de Administración a título meramente enunciativo y no restrictivo:*

*A) Representar a la Sociedad en toda clase de actos cualquiera que fuera su naturaleza*

*B) Convocar a Junta General y cumplir los acuerdos adoptados por la misma.*

*C) Acordar la designación, suspensión, separación y en su caso, la retribución y demás condiciones de trabajo, del personal que así se establezca en las disposiciones complementarias al efecto.*

*D) Interpretar los estatutos y suplir sus omisiones hasta que se celebre la Junta General.*

*E) Redactar la memoria, balances, cuentas de pérdidas y ganancias, proyectos de distribución de beneficios y demás documentos contables que han de someterse a la Junta General.*

*F) Abrir sucursales, agencias, delegaciones y cualesquiera otras dependencias que la ley no prohiba, en cualquier parte del territorio nacional y en el extranjero.*

*G) Delegar mediante acuerdo, la totalidad o parte de sus facultades en cualesquiera de los directivos o funcionarios que decida, salvo las expresadas en los apartados C, D, E y F.*

*H) Decidir sobre los asuntos que se someten a su estudio.*

*I) Cubrir provisionalmente las vacantes que se produzcan en cualesquiera de sus áreas, y las que se produzcan en el Consejo de Administración hasta la celebración de la Junta General.*

*J) Cualesquiera otro acto que resulte necesario para la buena marcha y administración de la Sociedad, que aunque no específicamente consignado anteriormente, corresponda a su actividad.*

*XII.   Se elimina la figura del Director General, que ha sido inoperante y sus funciones pasan al Presidente del Consejo de Administración, quedando el artículo como sigue:*

*DEL PRESIDENTE DEL CONSEJO DE ADMINISTRACION*

*ARTICULO 36: El Presidente del Consejo de Administración tendrá las facultades y atribuciones siguientes:*



*A) Representar a la Sociedad en toda clase de actos y contratos que sean propios de las actividades que constituyen su objeto social, usando de la firma social, abrir la correspondencia, dando curso a la misma; efectuar operaciones comerciales de cualquier tipo; firmar todo tipo de contrato, oneroso o gratuito, siempre para satisfacer los objetivos de la Sociedad, abrir, operar y cerrar cuentas bancarias de cualquier tipo, tanto en moneda nacional o moneda libremente convertible y designar a las personas que habrán de operarlas y el modo de hacerlo; efectuar cobros de los créditos y el pago de los débitos, girar, aceptar, endosar, negociar, pagar y protestar letras de cambio, libranzas, pagares, cheques y demás efectos mercantiles.*

*B) Representar a la sociedad ante los tribunales de justicia ordinarios y especiales; cortes de arbitraje nacional o extranjera; ante Organismos del Estado o Gobierno en sus diferentes instancias, ejerciendo las acciones autorizadas por la ley en defensa de los intereses de la sociedad y delegando esta facultad mediante acuerdo, cuando así lo considere oportuno.*

*C) Representar a la Sociedad en toda clase de reuniones a que la misma sea convocada o en que tenga interés, tales como concurso de acreedores, suspensión de pago, quiebras y cualquier otra con plenas facultades de otorgar los documentos que de la misma se deriven.*

*D) Ejercitar la jefatura y dirección de todo el personal y su organización técnica y administrativa, velando por el más perfecto orden y eficiencia del personal y de los sistemas de organización que se adopten.*

*E) Formalizar toda la documentación contable y administrativa que, requiera el normal funcionamiento de la Sociedad.*

*F) Otorgar poderes cuando lo estime necesario o conveniente para los intereses de la sociedad.*

*G) Informar sobre los asuntos que tenga que resolver el Consejo de Administración.*

*H) Ejercer las delegaciones que le confíe el Consejo de Administración.*

*I) Acordar la designación, suspensión y separación del personal en las categorías que correspondan según lo establecido.*

*J) Delegar mediante acuerdo, cualesquiera de sus facultades y atribuciones, con excepción de las relacionadas en los incisos F), G) y H).*

*K) En general realizar cuantos actos y contratos tiendan a la buena marcha y administración de la Sociedad, que aunque no específicamente consignado anteriormente, corresponda a la actividad de la Sociedad.*

*L) Delegar mediante acuerdo, cualesquiera de sus funciones y atribuciones, con excepción de las relacionadas en los incisos F), G) y H).*





XIII.   Se incluyen dos funciones del Secretario relacionadas con la Junta de Accionistas y con su labor:

ARTICULO  40: El Secretario tendrá las funciones y atribuciones siguientes:

E) Convocar a solicitud del Presidente,   las sesiones de la Junta General de Accionistas y del Consejo de Administración y circular previamente el orden del día.

F) Controlar los acuerdos que se adopten por la Junta General de Accionistas o el Consejo de Administración.

XIV.   Se elimina la sección correspondiente a las cuentas bancarias y su articulo 42, toda vez que ello corresponde a las regulaciones que al efecto dicte el Banco Central de Cuba.

## DE LAS CUENTAS BANCARIAS

ARTICULO  42: En cuanto a la apertura, operación y cierre de cuentas bancarias de cualquier tipo, se estará a las disposiciones del Banco Nacional de Cuba sobre el particular.

XV.   Se completa la sección referida a la disolución y liquidación de la sociedad.

## DE LA DISOLUCIÓN Y LIQUIDACIÓN DE LA SOCIEDAD

ARTICULO  47:  La Sociedad se disolverá por las causas siguientes:

A) Haber decursado el término de su duración, sin que se haya acordado la prórroga de éste.

B) Imposibilidad de cumplir el objeto social.

C) Acuerdo de los socios.

D) Perdida total del capital social.

E) Cualquier otra que establezca la legislación.

ARTICULO  48: La ocurrencia de cualquiera de estas causas, dará lugar a la declaración de  disolución y al inicio del proceso de liquidación.

ARTICULO  49: Al comenzar la liquidación de la Sociedad, cesara sus funciones el Consejo de Administración, para lo cual, la Junta General de Accionistas designara dos liquidadores, y un tercero será designado por la Administración del Estado.



*ARTICULO 50: Los liquidadores, a partir de su nombramiento, serán los representantes y administradores de la sociedad mercantil, y su actuación debe encaminarse a percibir los créditos de la misma que sean exigibles al declararse su disolución y los que vayan venciendo, a liquidar las obligaciones pendientes al momento de acordarse la liquidación o con posterioridad, y en general a concluir las operaciones pendientes.*

*Adicionalmente y de conformidad con la legislación vigente, deberán:*

*A) Presentar ante la Junta General de Accionistas, en el término que esta haya fijado, el inventario del haber social y el balance inicial de las cuentas de la sociedad.*

*B) Presentar mensualmente a la Junta General de Accionistas, un informe pormenorizado del estado de la liquidación, y en su momento, el balance final de la misma.*

*Una vez concluida la exposición, el Presidente somete a votación las modificaciones propuestas y son aprobadas por unanimidad.*

*Punto No. 2*

*Expone la Secretaria que se ha solicitado el traspaso de acciones de la sociedad, para lo cual el Consejo de Administración, habiendo analizado el asunto, propone a la Junta que dicho acto se consume a favor de las personas jurídicas aquí representadas, en la siguiente forma:*

*La sociedad mercantil Milenio s.a adquirirá cuatro (4) acciones.*
*El Consejo Nacional de las Artes Plásticas adquirirá una (1) acción.*

*Sometida a votación la propuesta, es aprobada por unanimidad.*

*La Secretaria expone que como consecuencia de lo aprobado, se procederá a la cancelación de las actuales acciones y a la emisión de nuevos títulos .*

*El Presidente designa a la Secretaria para que proceda a protocolizar ante Notario Público el acta de la reunión, con los nuevos estatutos de la sociedad, así como para que lleve a cabo los trámites pertinentes para la mejor ejecución de los acuerdos adoptados, y da por concluida la sesión siendo las 11 del día de la fecha.*

*Elsa Huete González*
*Secretaria de la Junta de Accionistas*

*Vto. Bno: Manuel Puerta La Rosa*
*Presidente*

*Relación de acuerdos adoptados en la Junta extraordinaria de Accionistas de ARTex, SA, celebrada el*

**Acuerdo N.145**: *Modificar los estatutos de la sociedad, en la forma descrita en el Acta.*

**Acuerdo No. 146**: *Aprobar el traspaso de las acciones de la sociedad, en la forma siguiente:*

*La sociedad mercantil Milenio s.a., adquiere 3 acciones.*
*El Consejo Nacional de las Artes Plásticas, adquiere 2 acciones.*

**Acuerdo No.147** : *Cancelar y destruir las anteriores acciones y proceder a emitir nuevos títulos a favor de los actuales accionistas.*

**Acuerdo No.148** : *Mandatar a la señora Elsa Huete González, Secretaria de la Junta de Accionistas, para que realice los trámites pertinentes para la mejor ejecución de los acuerdos adoptados.*

*Elsa Huete González*
*Secretaria de la Junta de Accionistas*

*Vto. Bno. : Manuel G. Puerta La Rosa*
*Presidente*



### ESTATUTOS DE LA SOCIEDAD

**ARTICULO 1**: Con la denominación de Promociones Artísticas y Literarias, Sociedad Anónima, que será conocida por las siglas ARTex s.a.., queda constituida una sociedad mercantil cubana, de forma anónima, que se regirá por los presentes Estatutos y en cuanto en ello no estuviere previsto, por las disposiciones del Código de Comercio y la legislación vigente.

**ARTICULO 2:** La sociedad tendrá por objeto:

- La producción y comercialización de espectáculos artísticos donde se combinen o no varias modalidades del arte.

- Comercialización de representaciones artísticas, de solistas, agrupaciones y conjuntos musicales, danzarios, circenses, dramático-musicales.

- La representación y management de artistas de cualquier manifestación cultural, así como unidades artísticas de todos los géneros y formatos.

- La fijación, reproducción, fabricación, maquila, distribución, almacenamiento, alquiler, intercambio y en general la explotación comercial mediante cualquier acto de discos compactos, discos, cintas, cassettes, CD Rom, obras audiovisuales contenidas en videogramas, videocintas, videojuegos y otros medios tecnológicos similares que existan o que existieran y que requieran de difusión para fines culturales, artísticos, científicos, didácticos de recreación o comerciales.

- La edición de obras musicales.

- La comercialización de derechos de autor en cualquier manifestación artística, así como derechos editoriales.

- Comercialización de cursos y asesorías en las diferentes manifestaciones de la cultura, especializados en cualquiera de sus modalidades, tanto a realizar en Cuba como en el extranjero.

- Diseño y producción de artículos de valor artístico o cultural y comercialización de los mismos.

- Comercialización de obras de las artes plásticas, las artes gráficas, las artes aplicadas, la artesanía y antigüedades.

- Organización y participación en eventos, ferias, exposiciones, modelajes y comercialización de sus elementos integrantes.



*F) Contraer deudas, emitir pagares, emitir, aceptar y protestar letras de cambio o cualquier otro documento que represente obligaciones y cuanto sea lícito en beneficio del cumplimiento de su objetivo social.*

*G) Abrir, operar y cerrar cuentas bancarias en moneda nacional y moneda libremente convertible en las oficinas que correspondan de los bancos que integran el sistema nacional bancario.*

### DURACION

**ARTICULO 3**: *La Sociedad se constituye por un término de noventa años contados a partir de la fecha de comienzo de sus operaciones.*

### COMIENZO DE OPERACIONES

**ARTICULO 4**: *La fecha de comienzo de sus operaciones es la de su inscripción primera en el Registro Mercantil y de Sociedades Anónimas de La Habana, según la legislación vigente.*

### DOMICILIO SOCIAL

**ARTICULO 5**: *El domicilio social de la sociedad estará en 5ta. Avenida, número 8010, entre 80 y 82,Reparto Miramar, Municipio Playa, Provincia Ciudad de la Habana.*

### CAPITAL

**ARTICULO 6**: *El capital social autorizado de la Sociedad será de cinco mil pesos ($ 5000.00) Moneda Nacional, representado por cinco acciones con valor de mil pesos ($1000.00) cada una, todas iguales en derechos y obligaciones y numeradas correlativamente.*

*Estas acciones serán nominativas, y por tratarse de una sociedad mercantil no pública sus acciones no serán vendidas al público.*

*El capital social está totalmente pagado.*

**ARTICULO 7:** *El capital social podrá ser aumentado o disminuido mediante acuerdo adoptado en la Junta General de Accionistas. El acuerdo sobre reducción de capital solo puede ejecutarse previa la liquidación de las deudas y de las obligaciones pendientes en la fecha en que se adopto el acuerdo, salvo que se obtenga el consentimiento previo de los acreedores.*

*En caso de aumento del capital social, los socios tienen derecho de adquisición preferente, en proporción al número de sus acciones, sobre las nuevas acciones que como consecuencia de ello se emitan.*



### DE LAS ACCIONES Y ACCIONISTAS.

**ARTICULO 8::** *Las acciones serán nominativas y numeradas correlativamente, del uno al cinco, ambos inclusive, se extenderán en un libro talonario y expresarán su valor nominal.*

**ARTICULO 9:** *Las acciones serán individuales con respecto a la sociedad, y cada una representa un voto.*

*La sociedad no reconocerá más que un propietario por cada acción. Por tanto en el supuesto que una acción pertenezca pro-indivisa a varias personas, éstas deberán nombrar entre ellas una sola que las represente, quien será reconocido por la sociedad como propietario a todos los efectos.*

**ARTICULO 10:** *El poseedor de acciones que esté interesado en venderla, lo comunicará al Consejo de Administración, ofreciéndola a cualquiera de los otros accionistas.*

*El Consejo dará su parecer a la oferta en un término no mayor de quince días naturales contados a partir de la fecha en la que el accionista anunció su propósito al mismo.*

*Si ningún accionista estuviere interesado en su adquisición, la sociedad las adquirirá para sí, al sólo efecto de su amortización.*

**ARTICULO 11 :** *Una vez emitido por el Consejo su parecer, se convocará a Junta extraordinaria de accionistas, la que decidirá sobre el asunto.*

**ARTICULO 12 :** *La posesión de una o más acciones implica la absoluta conformidad de los accionistas con los presentes Estatutos, que han leído previamente por sí, y con lo que acuerde con posterioridad la Junta General de Accionistas, constituida conforme estos Estatutos y el Consejo de Administración, siempre que haya resuelto y dispuesto conforme a derecho.*

**ARTICULO 13:** *Para los efectos de orden legal, se considerará a los accionistas como domiciliados en La Habana, donde la Sociedad tiene fijo su domicilio social, y sujetos por tanto, a la jurisdicción de los tribunales populares de tal domicilio, con renuncia de sus fueros si los tuvieran.*

**ARTICULO 14:** *Los accionistas están en la obligación de comunicar al Consejo de Administración su domicilio particular o aquel en que desean recibir las citaciones a Junta. A estos efectos se mantendrá por el Secretario de la Sociedad, un listado o libro de accionistas en el que consten sus domicilios.*

**ARTICULO 15:** *La Sociedad llevará un Libro Registro de Acciones, en el que se anotará el nombre y apellidos del titular o razón social, según el caso, nacionalidad, domicilio, número de la acción y cualquier limitación o gravamen que exista sobre ellas. Sólo se tendrá como accionista quien se halle inscrito en dicho Libro.*



*En caso de extravío, robo o destrucción de la acción o certificado, el titular inscrito en el Libro Registro de Acciones, deberá comunicarlo de inmediato al Presidente de la sociedad el que una vez adoptadas las medidas pertinentes, indicará al Secretario la emisión de un duplicado, en el cual se hará constar esta condición.*

### GOBIERNO Y ADMINISTRACIÓN DE LA SOCIEDAD.

**ARTICULO 16:** *El Gobierno y Administración de la Sociedad se ejercerá por la Junta General de Accionistas y por el Consejo de Administración.*

### DE LA JUNTA GENERAL DE ACCIONISTAS

**ARTICULO 17:** *La Junta General de Accionistas, tendrá la suprema representación de la sociedad.*

*La Junta se reunirá de manera ordinaria y/o extraordinaria.*

**ARTICULO 18:** *Las Juntas ordinarias se celebrarán una vez al año, en la fecha que señale el Consejo de Administración y necesariamente dentro del primer semestre de cada año.*

**ARTICULO 19:** *En la Junta Extraordinaria se podrá tratar cualquier asunto que requiera solución inmediata, incluso la sustitución de los miembros del Consejo de Administración.*

*La Junta General Extraordinaria se reunirá cuando lo acuerde el Consejo de Administración o lo pida más de un accionista, o aquel cuyos títulos representen a más de una acción, expresando detalladamente en la solicitud los asuntos a tratar.*

**ARTICULO 20:** *Las convocatorias a Junta General de Accionistas serán libradas por el Secretario, en cumplimiento del acuerdo del Consejo y en ellas hará constar, necesariamente y de forma clara, los asuntos que han de tratarse en la misma.*

*El Secretario debe entregar la convocatoria a los accionistas, por lo menos con setenta y dos horas de antelación, bien personalmente o en el domicilio que conste del listado de dirección a que se refiere el artículo trece de estos Estatutos.*

*Para el supuesto de que en la primera reunión no existiera "quórum", el Consejo de Administración está facultado para hacer simultáneamente dos convocatorias, en cuyo caso la segunda convocatoria se fijará con una diferencia de cuarenta y ocho horas hábiles de la primera.*

**ARTICULO 21:** *Cuando se trate de acordar aumento o disminución del capital social, la disolución o liquidación de la sociedad o cualquier modificación de estos Estatutos, habrá de concurrir a Junta para que sea válida, las dos terceras partes del número de socios y del capital desembolsado, esto es tres socios y tres acciones.*



**ARTICULO 22:** *Los accionistas pueden delegar su representación en cualquier persona, sea o no accionista, incluso en cualquiera de los miembros del Consejo de Administración, mediante autorización escrita y especial para cada Junta que quedará en poder del secretario.*

*En estos casos al representante se le computará la cuantía del capital y número de acciones que correspondan a su representado, a los efectos de voto y quórum.*

**ARTICULO 23:** *Los accionistas deben concurrir a la Junta, presentando las acciones de que son que poseedores o en su caso el certificado correspondiente o constancia de una institución bancaria nacional donde se encuentren depositadas las acciones. El Secretario dará fe, con el visto bueno del Presidente, de haber tenido a la vista esos documentos y se hará constar en el Acta de la Junta.*

**ARTICULO 24:** *Los acuerdos de la Junta General se tomarán por mayoría de votos de las acciones que se encuentran representadas en la Junta.*

*De no existir mayoría, no habrá acuerdo. Cada acción representa un voto.*

*Tales acuerdos obligan a todos los accionistas, incluso a los inconformes, a los que se abstengan, a los ausentes e incapacitados. Sin perjuicio del derecho a impugnarlo, que pudiera corresponderle, si se hubieran tomado con infracción de estos Estatutos o las Leyes.*

**ARTICULO 25:** *El Presidente, y Secretario de la Junta General lo serán quienes ostenten estos mismos cargos en el Consejo de Administración.*

*El resto de los miembros del Consejo de Administración asistirán a la Junta con voz pero sin voto.*

*El Presidente se hallará investido de todas las atribuciones necesarias para dirigir los debates y resolver las dudas e incidencias que pudieran suscitarse.*

**ARTICULO 26:** *Abierta la sesión el Secretario formulará una relación de los accionistas presentes y de los representados con el número de votos que a cada uno de ellos corresponde y de los que representen por delegación.*

*De cada Junta que se celebre se levantara acta que quedará aprobada a continuación de la misma, en la que se consignará la relación a que se refiere el apartado anterior.*

*Las actas de las Juntas y sus respectivos acuerdos, quedarán autorizadas por el Secretario con el visto bueno del Presidente y se consignarán en el Libro de Actas de la Sociedad.*

**ARTICULO 27:** *Serán facultades de la Junta General las siguientes:*

*A) Controlar la gestión social y aprobar, en su caso, la Memoria, Balance y cuentas de pérdidas y ganancias, así como la distribución de dividendos propuesta por el Consejo de Administración después de haber sido satisfechas todas las obligaciones de la sociedad mercantil.*

*B) Supervisar la gestión del Consejo de Administración.*

*C) Nombrar y separar a los miembros del Consejo de Administración y ratificar o revocar a los que hubieren sido nombrados por el propio Consejo con carácter interino.*

*D) Interpretar estos Estatutos y aclarar las dudas que surgiera de su aplicación.*

*E) Reducir y aumentar el capital social.*

*F) Modificar estos Estatutos y disolver la Sociedad con arreglo al Código del Comercio y la legislación supletoria o complementaria y según señalan estos Estatutos.*

*G) Autorizar o no el traspaso de acciones.*

*H) Delegar mediante acuerdo, facultades de su competencia en el Consejo de Administración, el Presidente de este u otro miembro del Consejo.*

*I) Ceder, vender o enajenar bienes por cualquier medio lícito, o adquirirlos.*

*J) Resolver cuantos asuntos le sean sometidos por el Consejo de Administración.*

*K) En general, cualquier otra que le corresponda por disponerlo así estos Estatutos o la Ley.*

## *DEL CONSEJO DE ADMINISTRACIÓN*

***ARTICULO 28:*** *El Consejo de Administración será el órgano ejecutivo que administrará la Sociedad, representará a esta y a la Junta General de Accionistas, y sus miembros podrán ser o no accionistas.*

*Los miembros del Consejo se designan por la Junta General de Accionistas.*

***ARTICULO 29:*** *El Consejo de Administración lo constituyen:*

*- El Presidente*
*- Los Vicepresidentes.*
*- El Tesorero.*
*- El Secretario.*

*El Consejo de Administración acordará, de modo general, el orden de sustitución en caso de ausencia por cualquier causa, para todos los miembros.*

***ARTICULO 30:*** *Cuando ocurra una vacante en el Consejo de Administración, éste tiene facultad para proveerla interinamente, dando cuenta en la primera Junta General que se celebre, a los efectos de su ratificación o renovación.*

***ARTICULO 31:*** *El Consejo de Administración se reunirá cuantas veces lo solicite el Presidente, el Director General o dos de sus miembros.*



*La convocatoria se hará por escrito con la firma del Secretario y en ella se harán constar los asuntos que se tratarán. Este orden del día será aprobado o modificado al inicio de cada reunión del Consejo de Administración.*

**ARTICULO 32:** *Los acuerdos del Consejo se tomarán por mayoría de votos, de ocurrir empate el voto del Presidente decide.*

**ARTICULO 33:** *Las actas y los acuerdos tomados por el Consejo de Administración, se insertarán en el correspondiente libro de actas, firmadas por el Presidente y el Secretario.*

*Las certificaciones de dichas actas, así como de los acuerdos en ella adoptados, se expedirán por el Secretario.*

**ARTICULO 34:** *Al Consejo de Administración le corresponden todas las facultades necesarias para representar, regir y administrar la sociedad en todo cuanto no esté reservado a la Junta General por estos Estatutos o por mandato de ley.*

*En consecuencia corresponde al Consejo de Administración a título meramente enunciativo y no restrictivo:*

*A) Representar a la Sociedad en toda clase de actos cualquiera que fuera su naturaleza*

*A) Convocar a Junta General y cumplir los acuerdos adoptados por la misma.*

*B) Acordar la designación, suspensión, separación y en su caso, la retribución y demás condiciones de trabajo, del personal que así se establezca en las disposiciones complementarias al efecto.*

*C) Interpretar los estatutos y suplir sus omisiones hasta que se celebre la Junta General.*

*D) Redactar la memoria, balances, cuentas de pérdidas y ganancias, proyectos de distribución de beneficios y demás documentos contables que han de someterse a la Junta General.*

*E) Abrir sucursales, agencias, delegaciones y cualesquiera otras dependencias que la ley no prohiba, en cualquier parte del territorio nacional y en el extranjero.*

*F) Delegar mediante acuerdo, la totalidad o parte de sus facultades  en cualesquiera de los directivos o funcionarios que decida, salvo las expresadas en los apartados C, D, E y F.*

*G) Decidir sobre los asuntos que se someten a su estudio.*

*H) Cubrir provisionalmente las vacantes que se produzcan en cualesquiera de sus áreas, y las que se produzcan en el Consejo de Administración hasta la celebración de la Junta General.*

I) *Cualesquiera otro acto que resulte necesario para la buena marcha y administración de la Sociedad, que aunque no especificamente consignado anteriormente, corresponda a su actividad.*

### DEL PRESIDENTE DEL CONSEJO DE ADMINISTRACION

**ARTICULO 35:** *El Presidente del Consejo de Administración tendrá las facultades y atribuciones siguientes:*

A) *Representar a la Sociedad en toda clase de actos y contratos que sean propios de las actividades que constituyen su objeto social, usando de la firma social, abrir la correspondencia, dando curso a la misma; efectuar operaciones comerciales de cualquier tipo; firmar todo tipo de contrato, oneroso o gratuito, siempre para satisfacer los objetivos de la Sociedad, abrir, operar y cerrar cuentas bancarias de cualquier tipo, tanto en moneda nacional o moneda libremente convertible y designar a las personas que habrán de operarlas y el modo de hacerlo; efectuar cobros de los créditos y el pago de los débitos, girar, aceptar, endosar, negociar, pagar y protestar letras de cambio, libranzas, pagares, cheques y demás efectos mercantiles.*

B) *Representar a la sociedad ante los tribunales de justicia ordinarios y especiales; cortes de arbitraje nacional o extranjera; ante Organismos del Estado o Gobierno en sus diferentes instancias, ejerciendo las acciones autorizadas por la ley en defensa de los intereses de la sociedad y delegando esta facultad mediante acuerdo, cuando así lo considere oportuno.*

C) *Representar a la Sociedad en toda clase de reuniones a que la misma sea convocada o en que tenga interés, tales como concurso de acreedores, suspensión de pago, quiebras y cualquier otra con plenas facultades de otorgar los documentos que de la misma se deriven.*

D) *Ejercitar la jefatura y dirección de todo el personal y su organización técnica y administrativa, velando por el más perfecto orden y eficiencia del personal y de los sistemas de organización que se adopten.*

E) *Formalizar toda la documentación contable y administrativa que, requiera el normal funcionamiento de la Sociedad.*

F) *Otorgar poderes cuando lo estime necesario o conveniente para los intereses de la sociedad.*

G) *Informar sobre los asuntos que tenga que resolver el Consejo de Administración.*

H) *Ejercer las delegaciones que le confíe el Consejo de Administración.*

I) *Acordar la designación, suspensión y separación del personal en las categorías que correspondan según lo establecido.*

J) *Delegar mediante acuerdo, cualesquiera de sus facultades y atribuciones, con excepción de las relacionadas en los incisos F), G) y H).*



K) En general realizar cuantos actos y contratos tiendan a la buena marcha y administración de la Sociedad, que aunque no específicamente consignado anteriormente, corresponda a la actividad de la Sociedad.

## DE LOS VICEPRESIDENTES

**ARTICULO · 36:**   Los Vicepresidentes tendrán las funciones y atribuciones siguientes:

A) Sustituir al Presidentè en caso de ausencias, renuncia, vacante o impedimento por cualquier causa, conforme a lo establecido en el Artículo 29.

B) Representar a la Sociedad en toda clase de actos y contratos, onerosos o gratuitos, que sean propios de las actividades que comprometan a su área de competencia.

C) Operar  cuentas bancarias de cualquier tipo, tanto en moneda nacional como extranjera, efectuar cobros de los créditos y el pago de los débitos, girar, aceptar, avalar, endosar, negociar, pagar y protestar letras de cambio, libranzas, pagares, cheques y demás efectos mercantiles.

D) Supervisar, junto con el Presidente los trabajos encomendados al Consejo de Administración.

E) Todas aquellas que le sean delegadas por el Presidente o por el Consejo de Administración.

## DEL SECRETARIO

**ARTICULO  37:** El Secretario tendrá las funciones y atribuciones siguientes:

A) Llevar y custodiar  los Libros de Actas de la Sociedad y el Libro de Registro de Accionistas.

B) Emitir certificaciones con vista a los libros y documentos bajo su cargo y custodia.

C) Ser responsable de la confección de las actas de las reuniones de la Junta General de Accionistas y del Consejo de Administración.

D) Suscribir las acciones, los certificados de las acciones y las actas de la Junta General y de la Reuniones del Consejo de Administración, con el visto bueno del Presidente.

E) Convocar a solicitud del Presidente,  las sesiones de la Junta General de Accionistas y del Consejo de Administración y circular previamente el orden del día.

F) Controlar los acuerdos que se adopten por la Junta General de Accionistas o el Consejo de Administración.

G) Cualquier otra tarea que le asigne la Junta General, el Consejo de Administración o el Presidente

### DEL TESORERO

**ARTICULO 38:** *El Tesorero tendrá las funciones y atribuciones siguientes:*

*A) Dirigir y llevar por si o por medio de otros empleados bajo su responsabilidad la contabilidad y los balances.*

*B) Custodiar los fondos y valores de la Sociedad.*

*C) Firmar documentos bancarios, créditos y otros.*

*D ) Operar cuentas bancarias de cualquier tipo, tanto en moneda nacional como en moneda libremente convertible, efectuar cobros de los créditos y el pago de los débitos, girar, aceptar, avalar, endosar, negociar, pagar y protestar letras de cambio, libranzas, pagares, cheques y demás efectos mercantiles.*

*E) Cualquier otra función que le asigne la Junta General, el Consejo de Administración o el Presidente*

### DE LOS BALANCES, RESERVAS Y REPARTO DE BENEFICIOS

**ARTICULO 39:** *El ejercicio social coincidirá con el año natural y por tanto comenzará el día primero de Enero y terminará el treintiuno de diciembre de cada año. Por excepción el primer ejercicio social comprenderá desde la fecha de su constitución hasta el día treintiuno de diciembre próximo.*

**ARTICULO 40:** *A los efectos del reparto de beneficios, se entenderá por beneficio líquido el que resulte de la contabilidad una vez deducidos de los ingresos brutos los gastos necesarios para su obtención.*

**ARTICULO 41:** *El beneficio líquido obtenido en la forma indicada en el artículo anterior, una vez deducida la contribución que corresponda, y la constitución de la reserva voluntaria se destinará:*

*A) Al reparto de dividendos activos, en la cuantía y forma que determine la Junta General.*

*B) A cualquier otro destino que la Junta General estime oportuno.*

**ARTICULO 42:** *El Consejo de Administración presentará cada año a la Junta General Ordinaria, la Memoria, Balance, Cuenta de Pérdidas y Ganancias y en su caso, propuesta de distribución de beneficios.*

### DE LA DISOLUCIÓN Y LIQUIDACIÓN DE LA SOCIEDAD

**ARTICULO 43:** *La Sociedad se disolverá por las causas siguientes:*

*A) Haber decursado el termino de su duración, sin que se haya acordado la prorroga del mismo.*

B) Imposibilidad de cumplir el objeto social.

C) Acuerdo de los socios.

D) Perdida total del capital social.

E) Cualquier otra que establezca la legislación.

**ARTICULO 44:** La ocurrencia de cualquiera de estas causas, dará lugar a la declaración de disolución y al inicio del proceso de liquidación.

**ARTICULO 45:** Al comenzar la liquidación de la Sociedad, cesará sus funciones el Consejo de Administración, para lo cual, la Junta General de Accionistas designara dos liquidadores, y un tercero será designado por la Administración del Estado.

**ARTICULO 46:** Los liquidadores, a partir de su nombramiento, serán los representantes y administradores de la sociedad mercantil, y su actuación debe encaminarse a percibir los créditos de la misma que sean exigibles al declararse su disolución y los que vayan venciendo, a liquidar las obligaciones pendientes al momento de acordarse la liquidación o con posterioridad, y en general a concluir las operaciones pendientes.

Adicionalmente y de conformidad con la legislación vigente, deberán:

A) Presentar ante la Junta General de Accionistas, en el termino que esta haya fijado, el inventario del haber social y el balance inicial de las cuentas de la sociedad.

B) Presentar mensualmente a la Junta General de Accionistas, un informe pormenorizado del estado de la liquidación, y en su momento, el balance final de la misma.



DRN - 27

Continuación del acta de protocolización número
de fecha        de febrero del 2003.--------------
**CONCUERDA CON SU MATRIZ** que bajo el número de
orden con que encabeza, obra en el protocolo de
la Notaría Especial a mi cargo, a que me remito
en la cual fijé e inutilicé sellos del timbre por
valor de cinco pesos moneda nacional y para la
compareciente, expido esta copia en 24 hoja(s) de
papel mecanografiado a los     días del mes    de
febrero del 2003, DOY FE.----------------------



LIC. OLGA LIDIA PÉREZ DÍAZ
NOTARIO N° 013



**EXHIBIT B**

### *BYLAWS OF THE COMPANY*

***ARTICLE 1:*** *A Cuban commercial company is incorporated with the name Promociones Artísticas y Literarias, Sociedad Anónima, which shall be known by the abbreviation ARTex s.a., which shall be governed by these Bylaws, and for matters not provided for herein, by the provisions of the Commercial Code and the currently applicable legislation:*

***ARTICLE 2:*** *The company shall have as its purpose:*

- *The production and marketing of artistic exhibits in which multiple art forms may be combined or not.*

- *The marketing of artistic representations, those of soloists, musical groups and orchestras, dance groups, circuses, and dramatic-musical groups.*

- *The representation and management of artists engaged in any cultural form of expression, as well as artistic units for all genres and formats.*

- *The recording, reproduction, manufacture, final assembly, distribution, storage, rental, exchange, and in general the commercial utilization by means of any act of compact discs, discs, tapes, cassettes, CD Roms, audiovisual works contained in videograms, videotapes, videogames, and other technological media of similar nature which currently exist or may come to exist and which require dissemination for cultural, artistic, scientific, instructional, recreational, or commercial purposes.*

- *The publication of musical works.*

- *The marketing of copyrights in any artistic form of expression, as well as editorial rights.*

- *The marketing of courses and advising activities in the different forms of cultural expression, specialized in any of their modalities, to be done either in Cuba or abroad.*

- *The design and production of objects of artistic or cultural value, and their marketing.*

- *The marketing of works of plastic arts, graphic arts, applied arts, crafts, and antiques.*

- *Organization of, and participation in, events, fairs, exhibitions, and modeling events, and marketing of their component parts.*

[seal]        [initials]

F) *Borrow, issue promissory notes, issue, accept, and protest bills of exchange or any other documents which represent obligations and everything which may be lawful and benefit of the achievement of the corporate purpose.*

G) *Open, operate, and close bank accounts in national currency and freely convertible currency at the appropriate offices of the banks which comprise the national banking system.*

### DURATION

**ARTICLE 3:** *The company is incorporated for a term of ninety years, commencing as of the date of commencement of its operations.*

### COMMENCEMENT OF OPERATIONS

**ARTICLE 4:** *The date of commencement of its operations is that of its first registration in the Commercial Registry and the Registry of Corporations of Havana, in accordance with the currently applicable legislation.*

### CORPORATE DOMICILE

**ARTICLE 5:** *The company's corporate domicile shall be at 5ta Avenida, number 8010 between 80 and 82, Reparto Miramar, Playa Municipality, City of Havana Province.*

### CAPITAL

**ARTICLE 6:** *The company's authorized capital stock shall be five thousand pesos ($5,000.00) National Currency, represented by five shares with a par value of one thousand pesos ($1,000.00) each, all equal in rights and obligations, and consecutively numbered.*

*Said shares shall be registered, and since a commercial company cannot make available its shares, they shall not be sold to the public.*

*The capital stock is totally paid in.*

**ARTICLE 7:** *The capital stock may be increased or decreased by resolution adopted at a General Meeting of Shareholders. A resolution reducing the capital can only be executed after settlement of the debts and obligations pending on the date when the resolution was adopted, except when the creditors give prior consent.*

*In the event of a capital increase, the partners have a pre-emptive right of acquisition, in proportion to their number of shares they hold, over the new shares which are issued as a consequence thereof.*

[seal]   [initials]      [seal]

### SHARES AND SHAREHOLDERS

**ARTICLE 8[:]** *The shares shall be registered and consecutively numbered from one to five, both inclusive, shall be recorded in a coupon book, and their par value shall be stated.*

**ARTICLE 9:** *The shares shall be individual as far as the company is concerned, and each one represents one vote.*

*The company shall not recognize more than a single owner for each share. Accordingly, in the event a share belongs pro-indiviso to several persons, they must collectively designate a single person to represent them, who shall be recognized by the company as the owner for all intents and purposes.*

**ARTICLE 10:** *A holder of shares who is interested in selling them shall so inform the Board of Directors, offering them to any of the other shareholders.*

*The Board shall express its position on the offering within a term not exceeding fifteen consecutive days from the date on which the shareholder announced his intention.*

*If no shareholder is interested in acquiring them, the company shall acquire them for itself, for the sole purpose of their amortization.*

**ARTICLE 11:** *Once the Board has expressed its position, a Special Shareholders Meeting shall be summoned, which shall decide thereon.*

**ARTICLE 12:** *The holding of one or more shares implies the shareholder's absolute satisfaction with these Bylaws, which have been previously read by him, and with what is subsequently resolved by the General Meeting of Shareholders, convened in accordance with these Bylaws, and the Board of Directors, provided it has resolved and acted in accordance with law.*

**ARTICLE 13:** *For legal purposes, the shareholders shall be deemed to be domiciled in Havana, where the company has established its corporate domicile, and they are accordingly subject to the jurisdiction of the people's courts of said domicile, waiving their other forums, if any.*

**ARTICLE 14:** *The shareholders are obligated to inform the Board of Directors of their particular domicile or the one at which they wish to receive notices from the Board. To that end the Secretary of the company shall keep a list or book of shareholders in which their domiciles shall be recorded.*

**ARTICLE 15:** *The company shall keep a Shareholders Registry, in which it shall record the full name of the holder or the corporate name, as the case may be, the nationality, domicile, number of shares, and any limitation or encumbrance which may exist thereover. Only persons recorded in said Registry shall be treated as shareholders.*

[initials]

*In the event of the loss, theft, or destruction of a share or stock certificate, the holder thereof who is registered in the Shareholders Registry must immediately so inform the President of the Company, who shall, once the pertinent steps have been taken, instruct the Secretary to issue a duplicate thereof, in which said status shall be recorded.*

## GOVERNANCE AND ADMINISTRATION OF THE COMPANY

**ARTICLE 16:** *The company governance and administration shall be exercised by the General Meeting of Shareholders and by the Board of Directors.*

## THE GENERAL MEETING OF SHAREHOLDERS

**ARTICLE 17:** *The General Meeting of Shareholders shall exercise the company's supreme representation.*

*The Shareholders Meetings shall convene in regular and/or special session.*

**ARTICLE 18:** *The regular Shareholders Meetings shall be held once a year, on the date stipulated by the Board of Directors and necessarily within the first half of each year.*

**ARTICLE 19:** *Any matter which requires immediate solution may be debated at a Special Meeting, including the substitution of members of the Board of Directors.*

*Special General Meetings of Shareholders shall be summoned when so resolved by the Board of Directors or requested by more than one shareholder, or a shareholder whose holdings represent more than one share; the issues to be debated must be expressed in detail in the request.*

**ARTICLE 20:** *Notices of meeting for General Meetings of Shareholders shall be sent by the Secretary, in compliance with the Board's resolution, and they shall necessarily indicate in a clear fashion the issues which are to be debated at the meeting.*

*The Secretary must deliver the notices to the shareholders at least seventy-two hours in advance, either in person or at the domicile shown in the list of addresses to which reference is made in Article Thirteen of these Bylaws.*

*In the event there is no "quorum" at the first meeting, the Board of Directors is empowered to make two simultaneous calls, in which case the second call shall be scheduled with a difference of forty-eight business hours vis-à-vis the first.*

**ARTICLE 21:** *When the meeting is called to resolve on an increase or decrease of the capital stock, the company's dissolution or liquidation, or any amendment of these Bylaws, two thirds of the number of partners and of the paid-in capital, i.e., three partners and three shares, must be present at the meeting.*

[seal]    [initials]        [seal]

**ARTICLE 22:** *The shareholders may delegate their representation to any person, whether a shareholder or not, and even to any of the members of the Board of Directors, by written authorization which must be special for each Shareholders Meeting and must remain in the Secretary's custody.*

*In such cases, the amount of capital and the number of shares held by the principal shall be attributed to the representative for voting and quorum purposes.*

**ARTICLE 23:** *The shareholders must attend the Shareholders Meeting, presenting the shares of which they are the holders, or the certification or record issued by a national banking institution at which the shares are on deposit, if any. The Secretary shall bear witness, with the Chairman's concurrence, to having examined said documents, and this shall be recorded in the Minutes of the Meeting.*

**ARTICLE 24:** *General Meeting of Shareholders resolutions shall be adopted by a majority of votes pertaining to the shares represented at the Meeting.*

*If there is no majority, there shall be no resolution. Each share represents one vote.*

*Said resolutions bind all the shareholders, including those who dissent therefrom, those who abstain, and those who are absent or disabled, without prejudice to the right to challenge them, which may exist if they were adopted on the basis of any infringement of these Bylaws or the Laws.*

**ARTICLE 25:** *The Chairman and the Secretary of the General Meeting of Shareholders are the persons who shall hold the same positions on the Board of Directors.*

*The rest of the members of the Board of Directors shall attend Shareholders Meeting with the right to speak but not to vote.*

*The Chairman shall be vested with all the necessary powers to direct the debates and resolve any doubts and incidents which may arise.*

**ARTICLE 26:** *Once a Shareholders Meeting is convened, the Secretary shall draw up a list of the shareholders present and of those represented, with the number of votes held by each of them and the number they represent by delegation.*

*Minutes shall be taken of each Meeting, which shall be approved upon its conclusion, and in which the list indicated in the preceding paragraph shall be included.*

*The minutes of the Shareholders Meetings and their respective resolutions shall be authorized by the Secretary with the Chairman's concurrence, and shall be recorded in the company's Minute Book.*

**ARTICLE 27:** *The powers of the General Meeting shall be the following:*

A) *Oversee the corporate management and approve the Annual Report, Balance Sheet, and Statement of Income if appropriate, as well as the distribution of dividends proposed by the Board of Directors after all the company's obligations have been fulfilled.*

[initials]

B) *Supervise the performance of the Board of Directors.*

C) *Appoint and remove the members of the Board of Directors and ratify or revoke those who have been appointed by the Board itself on an interim basis.*

D) *Construe these Bylaws and clarify any questions which may arise in regard to their application.*

E) *Reduce and increase the capital stock.*

F) *Amend these Bylaws and dissolve the company in accordance with the Commercial Code and the subsidiary or complementary legislation, and as provided for in these Bylaws.*

G) *Authorize share transfers or not.*

H) *Delegate, by resolution, powers falling under its authority to the Board of Directors, the Chairman thereof, or another members of the Board.*

I) *Assign, sell, or divest assets by any lawful means, or acquire them.*

J) *Resolve on all matters which are submitted to it by the Board of Directors.*

K) *In general, any others which may be appropriate, because they are provided for in these Bylaws or the Law.*

## THE BOARD OF DIRECTORS

**ARTICLE 28:** *The Board of Directors shall be the executive body which shall administer the company and shall represent it and the General Meeting of Shareholders; its members may be shareholders or not.*

*The members of the Board of Directors are designated by the General Meeting of Shareholders.*

**ARTICLE 29:** *The Board of Directors is comprised of:*

· *The Chairman*
· *The Vice Chairmen*
· *The Treasurer*
· *The Secretary*

*The Board of Directors shall resolve, in general terms, on the order of substitution in the event of temporary absence for any reason, for all its members.*

**ARTICLE 30:** *When a vacancy occurs in the Board of Directors, it has the authority to fill it on an interim basis, reporting said action at the first General Meeting of Shareholders to be held, for purposes of ratification or renewal.*

**ARTICLE 31:** *The Board of Directors shall meet as often as requested by the Chairman, the Director General, or two of its members.*

[seal]   [initials]

*Notice of meeting shall be given in writing with the Secretary's signature, and shall indicate the issues to be debated. Said agenda shall be approved or modified at the commencement of each Board of Directors meeting.*

**ARTICLE 32:** *The Board's resolutions shall be adopted by majority vote, and if there is a tie, the Chairman decides.*

**ARTICLE 33:** *The minutes and resolutions adopted by the Board of Directors shall be inserted into the appropriate Minute Book, signed by the Chairman and the Secretary.*

*Certifications of said minutes, as well as of the resolutions reflected therein, shall be issued by the Secretary.*

**ARTICLE 34:** *The Board of Directors has all the powers required to represent, govern, and administer the company in all matters not reserved to the General Meeting by these Bylaws or by legal mandate.*

*Consequently, the Board of Directors has the following powers, listed for merely illustrative purposes and not limiting:*

*A)  Represent the company in all categories of legal acts, whatever their nature may be.*

*A) [sic] Summon the General Meetings into session and comply with the resolutions adopted thereat.*

*B) [sic] Resolve the designation, suspension, separation, and when appropriate, the compensation and other working conditions for the personnel which are stipulated in complementary provisions to that end.*

*C) [sic] Construe the bylaws and compensate for their omissions until the General Meeting of Shareholders is held.*

*D) [sic] Draw up the annual report, balance sheets, statements of income, proposals for distribution of profits, and other accounting documents which must be submitted to the General Meeting.*

*E) [sic] Open branches, agencies, delegations, and any other units which are not prohibited by Law, in any part of the national territory or abroad.*

*F) [sic] Delegate, by resolution, all or part of its powers to any of the executives or officers as it sees fit, with the exception of those listed in items C, D, E, and F.*

*G) [sic] Decide on matters submitted to it for consideration.*

*H) [sic] Provisionally fill any vacancies which occur in any of its areas, as well as those which occur in the Board of Directors until the General Meeting of Shareholders is held.*

[seal]    [initials]        [seal]

I) *[sic]  Any other act which becomes necessary for the company's proper operation and administration, which pertains to its sphere of authority even if it is not specifically stipulated above.*

### THE CHAIRMAN OF THE BOARD OF DIRECTORS

**ARTICLE 35:** *The Chairman of the Board of Directors shall have the following powers and authorities:*

A) *Represent the company in all classes of legal acts and contracts which are proper to the activities that comprise the corporate purpose, using the corporate signature, open the correspondence, managing it; conduct commercial operations of any kind; sign all categories of contracts, for consideration or free of charge, provided they fulfill the company's objectives, open, operate, and close bank accounts of any kind, in both national currency or freely convertible foreign currency, and designate the persons who are to operate them and the manner of doing so; collect sums owed the company and pay debits, draw, accept, endorse, negotiate, pay, and protest bills of exchange, drafts, promissory notes, checks, and other mercantile effects.*

B) *Represent the company before the ordinary and special courts of justice; national or foreign arbitration tribunals; before State or Government Agencies at the different levels of authority, exercising the legal actions authorized by the Law in the defense of the company's interests and delegating said power by resolution when he considers it appropriate.*

C) *Represent the Company in all categories of meetings to which it is summoned or in which it is interested, such as insolvency, suspension of payments, and bankruptcy procedures and any others, with full power to execute the documents deriving therefrom.*

D) *Exercise the authority over, and direction of, all the personnel and their technical and administrative organization, seeing to the most perfect order and efficiency of the personnel and of the organizational systems that are adopted.*

E) *Formalize all the accounting and administrative documentation which is required for the company's normal operation.*

F) *Confer powers of attorney when he considers it necessary or convenient for the company's interests.*

G) *Report on the issues which must be resolved by the Board of Directors.*

H) *Carry out the delegations of authority conferred upon him by the Board of Directors.*

I) *Order the designation, suspension, and dismissal of personnel in the appropriate categories as prescribed.*

J) *Delegate, by resolution, any of his powers and authorities, with the exception of those listed in items F), G), and H).*

[seal]             [initials]         [seal]

K) In general, perform all legal acts and contracts which will contribute to the Company's good operation and administration and which pertain to the Company's activity even if they are not specifically listed above.

### THE VICE CHAIRMEN

**ARTICLE 36:** The Vice Chairmen shall have the following functions and authorities:

A) Substitute for the Chairman in the event of absence, resignation, vacancy, or impediment for any cause, pursuant to the provisions of Article 29.

B) Represent the Company in all classes of legal acts and contracts, whether for compensation or free of charge, which are proper to the activities falling within their area of authority.

C) Operate bank accounts of any kind, in both national and foreign currency, collect sums owed the company and pay its debits, draw, accept, guarantee, endorse, negotiate, pay, and protest bills of exchange, drafts, promissory notes, checks, and other commercial effects.

D) Supervise the work entrusted to the Board of Directors, jointly with the Chairman.

E) All those which are delegated to him by the Chairman or the Board of Directors.

### THE SECRETARY

**ARTICLE 37:** The Secretary shall have the following functions and authorities:

A) Keep and have custody of the Company's Minute Books and Shareholders Registry.

B) Issue certifications following examination of the books and documents under his care and custody.

C) Be responsible for the drafting of the minutes for the General Meetings of Shareholders and the Board of Directors.

D) Sign the shares, the stock certificates, and the minutes of the General Meetings of Shareholders and Board of Directors Meetings, with the Chairman's concurrence.

E) Summon the General Meetings of Shareholders and Board of Directors Meetings at the Chairman's request, and circulate the agenda beforehand.

F) Monitor the resolutions which are adopted by the General Meeting of Shareholders or the Board of Directors.

G) Any other task which is assigned to him by the General Meeting, the Board of Directors, or the Chairman.

[seal]          [initials]          [seal]

## THE TREASURER

**ARTICLE 38:** *The Treasurer shall have the following functions and authorities:*

A)  *Direct and keep the accounting and balance sheets, himself or through other employees working under his responsibility.*

B)  *Have custody of the Company's funds and valuables.*

C)  *Sign, bank, credit, and other documents.*

D)  *Operate bank accounts of any kind, in both national currency and freely convertible foreign currency, collect sums owed to the company and pay debits, draw, accept, guarantee, endorse, negotiate, pay, and protest bills of exchange, drafts, promissory notes, checks, and other commercial effects.*

E) *Any other function assigned to him by the General Meeting, the Board of Directors, or the Chairman.*

## THE BALANCE SHEETS, RESERVES, AND DISTRIBUTION OF PROFITS

**ARTICLE 39:** *The fiscal year shall coincide with the calendar year, and accordingly, it shall commence on the first day of January and terminate on the thirty first day of December of each year. By way of exception, the first fiscal year shall commence as of the date of incorporation and run to the thirty first day of the following December.*

**ARTICLE 40:** *For purposes of distribution of profits, liquid or net profit shall be understood as the profit reflected in the accounting once the gross revenue has been reduced by the expenses required to obtain it.*

**ARTICLE 41:** *The liquid or net profit obtained as indicated in the preceding article, following deduction of the tax applicable thereto and the creation of the voluntary reserve, shall be allocated to:*

A)  *Distribution of dividends on assets, in the amount and form determined by the General Meeting.*

B)  *Any other use which the General Meeting may find appropriate.*

**ARTICLE 42:** *The Board of Directors shall submit the Annual Report, Balance Sheet, Statement of Income, if any, and proposal for the distribution of profits to the Regular General Meeting of Shareholders.*

## DISSOLUTION AND LIQUIDATION OF THE COMPANY

**ARTICLE 43:** *The Company shall be dissolved for the following causes:*

A)  *Expiration of the term of the company's duration, in the absence of a resolution for its extension.*

[initials]          [seal]

*B)  The impossibility of achieving its corporate purpose.*

*C)  Agreement of the parties.*

*D)  Total loss of the capital stock.*

*E)  Any other provided for in the legislation.*

**ARTICLE 44:** *The occurrence of any of these causes shall result in a declaration of dissolution and commencement of the liquidation process.*

**ARTICLE 45:** *Upon the commencement of the company's liquidation, the functions of the Board of Directors shall cease, to which end the General Meeting of Shareholders shall designate two liquidators, and a third shall be designated by the State Administration.*

**ARTICLE 46:** *From the time of their appointment, the liquidators shall be the company's representatives and administrators, and their performance must focus on collecting the company's claims which are due and payable at the time the dissolution is declared and those which become due and payable thereafter, liquidating the pending obligations at the time the liquidation is resolved or thereafter, and in general, concluding the pending operations.*

*In addition and in conformity with the currently applicable legislation, they must:*

*A)  Submit to the General Meeting of Shareholders, within the term it has stipulated, the inventory of corporate assets and the initial balance of the company's accounts.*

*B)  Submit detailed monthly reports to the General Meeting of Shareholders on the status of the liquidation, and the final balance sheet thereof at the proper time.*

*[seal, illegible]*

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**Language**Works

STATE OF NEW YORK    )
                     )    ss
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of **Artex Statutes**, completed on 1/26/2010, originally written in Spanish.

Craig A. Adkins
Director of Business Development
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 26th day of January 2010

Notary Public

MARCEL HENRIQUE VOTTOORA
Notary Public, State of New York
No. 01VO6154182
Certificate Filed in New York County
Qualified in Kings County
Commission Expires October 23, 20 10

## ESTATUTOS DE LA SOCIEDAD

**ARTICULO 1**: Con la denominación de Promociones Artísticas y Literarias, Sociedad Anónima, que será conocida por las siglas ARTex s.a.., queda constituida una sociedad mercantil cubana, de forma anónima, que se regirá por los presentes Estatutos y en cuanto en ello no estuviere previsto, por las disposiciones del Código de Comercio y la legislación vigente.

**ARTICULO 2:** La sociedad tendrá por objeto:

- La producción y comercialización de espectáculos artísticos donde se combinen o no varias modalidades del arte.

- Comercialización de representaciones artísticas, de solistas, agrupaciones y conjuntos musicales, danzarios, circenses, dramático-musicales.

- La representación y management de artistas de cualquier manifestación cultural, así como unidades artísticas de todos los géneros y formatos.

- La fijación, reproducción, fabricación, maquila, distribución, almacenamiento, alquiler, intercambio y en general la explotación comercial mediante cualquier acto de discos compactos, discos, cintas, cassettes, CD Rom, obras audiovisuales contenidas en videogramas, videocintas, videojuegos y otros medios tecnológicos similares que existan o que existieran y que requieran de difusión para fines culturales, artísticos, científicos, didácticos de recreación o comerciales.

- La edición de obras musicales.

- La comercialización de derechos de autor en cualquier manifestación artística, así como derechos editoriales.

- Comercialización de cursos y asesorías en las diferentes manifestaciones de la cultura, especializados en cualquiera de sus modalidades, tanto a realizar en Cuba como en el extranjero.

- Diseño y producción de artículos de valor artístico o cultural y comercialización de los mismos.

- Comercialización de obras de las artes plásticas, las artes gráficas, las artes aplicadas, la artesanía y antigüedades.

- Organización y participación en eventos, ferias, exposiciones, modelajes y comercialización de sus elementos integrantes.



*F) Contraer deudas, emitir pagares, emitir, aceptar y protestar letras de cambio o cualquier otro documento que represente obligaciones y cuanto sea lícito en beneficio del cumplimiento de su objetivo social.*

*G) Abrir, operar y cerrar cuentas bancarias en moneda nacional y moneda libremente convertible en las oficinas que correspondan de los bancos que integran el sistema nacional bancario.*

### DURACION

**ARTICULO 3:** *La Sociedad se constituye por un término de noventa años contados a partir de la fecha de comienzo de sus operaciones.*

### COMIENZO DE OPERACIONES

**ARTICULO 4:** *La fecha de comienzo de sus operaciones es la de su inscripción primera en el Registro Mercantil y de Sociedades Anónimas de La Habana, según la legislación vigente.*

### DOMICILIO SOCIAL

**ARTICULO 5:** *El domicilio social de la sociedad estará en 5ta. Avenida, número 8010, entre 80 y 82,Reparto Miramar, Municipio Playa, Provincia Ciudad de la Habana.*

### CAPITAL

**ARTICULO 6:** *El capital social autorizado de la Sociedad será de cinco mil pesos ($ 5000.00) Moneda Nacional, representado por cinco acciones con valor de mil pesos ($1000.00) cada una, todas iguales en derechos y obligaciones y numeradas correlativamente.*

*Estas acciones serán nominativas, y por tratarse de una sociedad mercantil no pública sus acciones no serán vendidas al público.*

*El capital social está totalmente pagado.*

**ARTICULO 7:** *El capital social podrá ser aumentado o disminuido mediante acuerdo adoptado en la Junta General de Accionistas. El acuerdo sobre reducción de capital solo puede ejecutarse previa la liquidación de las deudas y de las obligaciones pendientes en la fecha en que se adopto el acuerdo, salvo que se obtenga el consentimiento previo de los acreedores.*

*En caso de aumento del capital social, los socios tienen derecho de adquisición preferente, en proporción al número de sus acciones, sobre las nuevas acciones que como consecuencia de ello se emitan.*



## DE LAS ACCIONES Y ACCIONISTAS.

**ARTICULO 8::** *Las acciones serán nominativas y numeradas correlativamente, del uno al cinco, ambos inclusive, se extenderán en un libro talonario y expresarán su valor nominal.*

**ARTICULO 9:** *Las acciones serán individuales con respecto a la sociedad, y cada una representa un voto.*

*La sociedad no reconocerá más que un propietario por cada acción. Por tanto en el supuesto que una acción pertenezca pro-indivisa a varias personas, éstas deberán nombrar entre ellas una sola que las represente, quien será reconocido por la sociedad como propietario a todos los efectos.*

**ARTICULO 10:** *El poseedor de acciones que esté interesado en venderla, lo comunicará al Consejo de Administración, ofreciéndola a cualquiera de los otros accionistas.*

*El Consejo dará su parecer a la oferta en un término no mayor de quince días naturales contados a partir de la fecha en la que el accionista anunció su propósito al mismo.*

*Si ningún accionista estuviere interesado en su adquisición, la sociedad las adquirirá para sí, al sólo efecto de su amortización.*

**ARTICULO 11** : *Una vez emitido por el Consejo su parecer, se convocará a Junta extraordinaria de accionistas, la que decidirá sobre el asunto.*

**ARTICULO 12** : *La posesión de una o más acciones implica la absoluta conformidad de los accionistas con los presentes Estatutos, que han leído previamente por sí, y con lo que acuerde con posterioridad la Junta General de Accionistas, constituida conforme estos Estatutos y el Consejo de Administración, siempre que haya resuelto y dispuesto conforme a derecho.*

**ARTICULO 13:** *Para los efectos de orden legal, se considerará a los accionistas como domiciliados en La Habana, donde la Sociedad tiene fijo su domicilio social, y sujetos por tanto, a la jurisdicción de los tribunales populares de tal domicilio, con renuncia de sus fueros si los tuvieran.*

**ARTICULO 14:** *Los accionistas están en la obligación de comunicar al Consejo de Administración su domicilio particular o aquel en que desean recibir las citaciones a Junta. A estos efectos se mantendrá por el Secretario de la Sociedad, un listado o libro de accionistas en el que consten sus domicilios.*

**ARTICULO 15:** *La Sociedad llevará un Libro Registro de Acciones, en el que se anotará el nombre y apellidos del titular o razón social, según el caso, nacionalidad, domicilio, número de la acción y cualquier limitación o gravamen que exista sobre ellas. Sólo se tendrá como accionista quien se halle inscrito en dicho Libro.*



*En caso de extravío, robo o destrucción de la acción o certificado, el titular inscrito en el Libro Registro de Acciones, deberá comunicarlo de inmediato al Presidente de la sociedad el que una vez adoptadas las medidas pertinentes, indicará al Secretario la emisión de un duplicado, en el cual se hará constar esta condición.*

## GOBIERNO Y ADMINISTRACIÓN DE LA SOCIEDAD.

**ARTICULO 16:** *El Gobierno y Administración de la Sociedad se ejercerá por la Junta General de Accionistas y por el Consejo de Administración.*

### DE LA JUNTA GENERAL DE ACCIONISTAS

**ARTICULO 17:** *La Junta General de Accionistas, tendrá la suprema representación de la sociedad.*

*La Junta se reunirá de manera ordinaria y/o extraordinaria.*

**ARTICULO 18:** *Las Juntas ordinarias se celebrarán una vez al año, en la fecha que señale el Consejo de Administración y necesariamente dentro del primer semestre de cada año.*

**ARTICULO 19:** *En la Junta Extraordinaria se podrá tratar cualquier asunto que requiera solución inmediata, incluso la sustitución de los miembros del Consejo de Administración.*

*La Junta General Extraordinaria se reunirá cuando lo acuerde el Consejo de Administración o lo pida más de un accionista, o aquel cuyos títulos representen a más de una acción, expresando detalladamente en la solicitud los asuntos a tratar.*

**ARTICULO 20:** *Las convocatorias a Junta General de Accionistas serán libradas por el Secretario, en cumplimiento del acuerdo del Consejo y en ellas hará constar, necesariamente y de forma clara, los asuntos que han de tratarse en la misma.*

*El Secretario debe entregar la convocatoria a los accionistas, por lo menos con setenta y dos horas de antelación, bien personalmente o en el domicilio que conste del listado de dirección a que se refiere el artículo trece de estos Estatutos.*

*Para el supuesto de que en la primera reunión no existiera "quórum", el Consejo de Administración está facultado para hacer simultáneamente dos convocatorias, en cuyo caso la segunda convocatoria se fijará con una diferencia de cuarenta y ocho horas hábiles de la primera.*

**ARTICULO 21:** *Cuando se trate de acordar aumento o disminución del capital social, la disolución o liquidación de la sociedad o cualquier modificación de estos Estatutos, habrá de concurrir a Junta para que sea válida, las dos terceras partes del número de socios y del capital desembolsado, esto es tres socios y tres acciones.*



**ARTICULO 22:** *Los accionistas pueden delegar su representación en cualquier persona, sea o no accionista, incluso en cualquiera de los miembros del Consejo de Administración, mediante autorización escrita y especial para cada Junta que quedará en poder del secretario.*

*En estos casos al representante se le computará la cuantía del capital y número de acciones que correspondan a su representado, a los efectos de voto y quórum.*

**ARTICULO 23:** *Los accionistas deben concurrir a la Junta, presentando las acciones de que son que poseedores o en su caso el certificado correspondiente o constancia de una institución bancaria nacional donde se encuentren depositadas las acciones. El Secretario dará fe, con el visto bueno del Presidente, de haber tenido a la vista esos documentos y se hará constar en el Acta de la Junta.*

**ARTICULO 24:** *Los acuerdos de la Junta General se tomarán por mayoría de votos de las acciones que se encuentran representadas en la Junta.*

*De no existir mayoría, no habrá acuerdo. Cada acción representa un voto.*

*Tales acuerdos obligan a todos los accionistas, incluso a los inconformes, a los que se abstengan, a los ausentes e incapacitados. Sin perjuicio del derecho a impugnarlo, que pudiera corresponderle, si se hubieran tomado con infracción de estos Estatutos o las Leyes.*

**ARTICULO 25:** *El Presidente, y Secretario de la Junta General lo serán quienes ostenten estos mismos cargos en el Consejo de Administración.*

*El resto de los miembros del Consejo de Administración asistirán a la Junta con voz pero sin voto.*

*El Presidente se hallará investido de todas las atribuciones necesarias para dirigir los debates y resolver las dudas e incidencias que pudieran suscitarse.*

**ARTICULO 26:** *Abierta la sesión el Secretario formulará una relación de los accionistas presentes y de los representados con el número de votos que a cada uno de ellos corresponde y de los que representen por delegación.*

*De cada Junta que se celebre se levantara acta que quedará aprobada a continuación de la misma, en la que se consignará la relación a que se refiere el apartado anterior.*

*Las actas de las Juntas y sus respectivos acuerdos, quedarán autorizadas por el Secretario con el visto bueno del Presidente y se consignarán en el Libro de Actas de la Sociedad.*

**ARTICULO 27:** *Serán facultades de la Junta General las siguientes:*

*A) Controlar la gestión social y aprobar, en su caso, la Memoria, Balance y cuentas de pérdidas y ganancias, así como la distribución de dividendos propuesta por el Consejo de Administración después de haber sido satisfechas todas las obligaciones de la sociedad mercantil.*

*B) Supervisar la gestión del Consejo de Administración.*

*C) Nombrar y separar a los miembros del Consejo de Administración y ratificar o revocar a los que hubieren sido nombrados por el propio Consejo con carácter interino.*

*D) Interpretar estos Estatutos y aclarar las dudas que surgiera de su aplicación.*

*E) Reducir y aumentar el capital social.*

*F) Modificar estos Estatutos y disolver la Sociedad con arreglo al Código del Comercio y la legislación supletoria o complementaria y según señalan estos Estatutos.*

*G) Autorizar o no el traspaso de acciones.*

*H) Delegar mediante acuerdo, facultades de su competencia en el Consejo de Administración, el Presidente de este u otro miembro del Consejo.*

*I) Ceder, vender o enajenar bienes por cualquier medio lícito, o adquirirlos.*

*J) Resolver cuantos asuntos le sean sometidos por el Consejo de Administración.*

*K) En general, cualquier otra que le corresponda por disponerlo así estos Estatutos o la Ley.*

### DEL CONSEJO DE ADMINISTRACIÓN

**ARTICULO 28:** *El Consejo de Administración será el órgano ejecutivo que administrará la Sociedad, representará a esta y a la Junta General de Accionistas, y sus miembros podrán ser o no accionistas.*

*Los miembros del Consejo se designan por la Junta General de Accionistas.*

**ARTICULO 29:** *El Consejo de Administración lo constituyen:*

- El Presidente
- Los Vicepresidentes.
- El Tesorero.
- El Secretario.

*El Consejo de Administración acordará, de modo general, el orden de sustitución en caso de ausencia por cualquier causa, para todos los miembros.*

**ARTICULO 30:** *Cuando ocurra una vacante en el Consejo de Administración, éste tiene facultad para proveerla interinamente, dando cuenta en la primera Junta General que se celebre, a los efectos de su ratificación o renovación.*

**ARTICULO 31:** *El Consejo de Administración se reunirá cuantas veces lo solicite el Presidente, el Director General o dos de sus miembros.*



*La convocatoria se hará por escrito con la firma del Secretario y en ella se harán constar los asuntos que se tratarán. Este orden del día será aprobado o modificado al inicio de cada reunión del Consejo de Administración.*

**ARTICULO 32:** *Los acuerdos del Consejo se tomarán por mayoría de votos, de ocurrir empate el voto del Presidente decide.*

**ARTICULO 33:** *Las actas y los acuerdos tomados por el Consejo de Administración, se insertarán en el correspondiente libro de actas, firmadas por el Presidente y el Secretario.*

*Las certificaciones de dichas actas, así como de los acuerdos en ella adoptados, se expedirán por el Secretario.*

**ARTICULO 34:** *Al Consejo de Administración le corresponden todas las facultades necesarias para representar, regir y administrar la sociedad en todo cuanto no esté reservado a la Junta General por estos Estatutos o por mandato de ley.*

*En consecuencia corresponde al Consejo de Administración a título meramente enunciativo y no restrictivo:*

*A) Representar a la Sociedad en toda clase de actos cualquiera que fuera su naturaleza*

*A) Convocar a Junta General y cumplir los acuerdos adoptados por la misma.*

*B) Acordar la designación, suspensión, separación y en su caso, la retribución y demás condiciones de trabajo, del personal que así se establezca en las disposiciones complementarias al efecto.*

*C) Interpretar los estatutos y suplir sus omisiones hasta que se celebre la Junta General.*

*D) Redactar la memoria, balances, cuentas de pérdidas y ganancias, proyectos de distribución de beneficios y demás documentos contables que han de someterse a la Junta General.*

*E) Abrir sucursales, agencias, delegaciones y cualesquiera otras dependencias que la ley no prohiba, en cualquier parte del territorio nacional y en el extranjero.*

*F) Delegar mediante acuerdo, la totalidad o parte de sus facultades  en cualesquiera de los directivos o funcionarios que decida, salvo las expresadas en los apartados C, D, E y F.*

*G) Decidir sobre los asuntos que se someten a su estudio.*

*H) Cubrir provisionalmente las vacantes que se produzcan en cualesquiera de sus áreas, y las que se produzcan en el Consejo de Administración hasta la celebración de la Junta General.*

I) *Cualesquiera otro acto que resulte necesario para la buena marcha y administración de la Sociedad, que aunque no específicamente consignado anteriormente, corresponda a su actividad.*

### DEL PRESIDENTE DEL CONSEJO DE ADMINISTRACION

**ARTICULO 35:** *El Presidente del Consejo de Administración tendrá las facultades y atribuciones siguientes:*

A) *Representar a la Sociedad en toda clase de actos y contratos que sean propios de las actividades que constituyen su objeto social, usando de la firma social, abrir la correspondencia, dando curso a la misma; efectuar operaciones comerciales de cualquier tipo; firmar todo tipo de contrato, oneroso o gratuito, siempre para satisfacer los objetivos de la Sociedad, abrir, operar y cerrar cuentas bancarias de cualquier tipo, tanto en moneda nacional o moneda libremente convertible y designar a las personas que habrán de operarlas y el modo de hacerlo; efectuar cobros de los créditos y el pago de los débitos, girar, aceptar, endosar, negociar, pagar y protestar letras de cambio, libranzas, pagares, cheques y demás efectos mercantiles.*

B) *Representar a la sociedad ante los tribunales de justicia ordinarios y especiales; cortes de arbitraje nacional o extranjera; ante Organismos del Estado o Gobierno en sus diferentes instancias, ejerciendo las acciones autorizadas por la ley en defensa de los intereses de la sociedad y delegando esta facultad mediante acuerdo, cuando así lo considere oportuno.*

C) *Representar a la Sociedad en toda clase de reuniones a que la misma sea convocada o en que tenga interés, tales como concurso de acreedores, suspensión de pago, quiebras y cualquier otra con plenas facultades de otorgar los documentos que de la misma se deriven.*

D) *Ejercitar la jefatura y dirección de todo el personal y su organización técnica y administrativa, velando por el más perfecto orden y eficiencia del personal y de los sistemas de organización que se adopten.*

E) *Formalizar toda la documentación contable y administrativa que, requiera el normal funcionamiento de la Sociedad.*

F) *Otorgar poderes cuando lo estime necesario o conveniente para los intereses de la sociedad.*

G) *Informar sobre los asuntos que tenga que resolver el Consejo de Administración.*

H) *Ejercer las delegaciones que le confíe el Consejo de Administración.*

I) *Acordar la designación, suspensión y separación del personal en las categorías que correspondan según lo establecido.*

J) *Delegar mediante acuerdo, cualesquiera de sus facultades y atribuciones, con excepción de las relacionadas en los incisos F), G) y H).*



K) *En general realizar cuantos actos y contratos tiendan a la buena marcha y administración de la Sociedad, que aunque no especificamente consignado anteriormente, corresponda a la actividad de la Sociedad.*

### DE LOS VICEPRESIDENTES

**ARTICULO · 36:**   *Los Vicepresidentes tendrán las funciones y atribuciones siguientes:*

A) *Sustituir al Presidentè en caso de ausencias, renuncia, vacante o impedimento por cualquier causa, conforme a lo establecido en el Artículo 29.*

B) *Representar a la Sociedad en toda clase de actos y contratos, onerosos o gratuitos, que sean propios de las actividades que comprometan a su área de competencia.*

C) *Operar   cuentas bancarias de cualquier tipo, tanto en moneda nacional como extranjera, efectuar cobros de los créditos y el pago de los débitos, girar, aceptar, avalar, endosar, negociar, pagar y protestar letras de cambio, libranzas, pagares, cheques y demás efectos mercantiles.*

D) *Supervisar, junto con el Presidente los trabajos encomendados al Consejo de Administración.*

E) *Todas aquellas que le sean delegadas por el Presidente o por el Consejo de Administración.*

### DEL SECRETARIO

**ARTICULO  37:** *El Secretario tendrá las funciones y atribuciones siguientes:*

A) *Llevar y custodiar  los Libros de Actas de la Sociedad y el Libro de Registro de Accionistas.*

B) *Emitir certificaciones con vista a los libros y documentos bajo su cargo y custodia.*

C) *Ser responsable de la confección de las actas de las reuniones de la Junta General de Accionistas y del Consejo de Administración.*

D) *Suscribir las acciones, los certificados de las acciones y las actas de la Junta General y de la Reuniones del Consejo de Administración, con el visto bueno del Presidente.*

E) *Convocar a solicitud del Presidente,  las sesiones de la Junta General de Accionistas y del Consejo de Administración y circular previamente el orden del día.*

F) *Controlar los acuerdos que se adopten por la Junta General de Accionistas o el Consejo de Administración.*

G) *Cualquier otra tarea que le asigne la Junta General, el Consejo de Administración o el Presidente*

### *DEL TESORERO*

**ARTICULO 38:** *El Tesorero tendrá las funciones y atribuciones siguientes:*

*A) Dirigir y llevar por si o por medio de otros empleados bajo su responsabilidad la contabilidad y los balances.*

*B) Custodiar los fondos y valores de la Sociedad.*

*C) Firmar documentos bancarios, créditos y otros.*

*D ) Operar cuentas bancarias de cualquier tipo, tanto en moneda nacional como en moneda libremente convertible, efectuar cobros de los créditos y el pago de los débitos, girar, aceptar, avalar, endosar, negociar, pagar y protestar letras de cambio, libranzas, pagares, cheques y demás efectos mercantiles.*

*E) Cualquier otra función que le asigne la Junta General, el Consejo de Administración o el Presidente*

### *DE LOS BALANCES, RESERVAS Y REPARTO DE BENEFICIOS*

**ARTICULO 39:** *El ejercicio social coincidirá con el año natural y por tanto comenzará el día primero de Enero y terminará el treintiuno de diciembre de cada año. Por excepción el primer ejercicio social comprenderá desde la fecha de su constitución hasta el día treintiuno de diciembre próximo.*

**ARTICULO 40:** *A los efectos del reparto de beneficios, se entenderá por beneficio líquido el que resulte de la contabilidad una vez deducidos de los ingresos brutos los gastos necesarios para su obtención.*

**ARTICULO 41:** *El beneficio líquido obtenido en la forma indicada en el artículo anterior, una vez deducida la contribución que corresponda, y la constitución de la reserva voluntaria se destinará:*

*A) Al reparto de dividendos activos, en la cuantía y forma que determine la Junta General.*

*B) A cualquier otro destino que la Junta General estime oportuno.*

**ARTICULO 42:** *El Consejo de Administración presentará cada año a la Junta General Ordinaria, la Memoria, Balance, Cuenta de Pérdidas y Ganancias y en su caso, propuesta de distribución de beneficios.*

### *DE LA DISOLUCIÓN Y LIQUIDACIÓN DE LA SOCIEDAD*

**ARTICULO 43:** *La Sociedad se disolverá por las causas siguientes:*

*A) Haber decursado el termino de su duración, sin que se haya acordado la prorroga del mismo.*

B) Imposibilidad de cumplir el objeto social.

C) Acuerdo de los socios.

D) Perdida total del capital social.

E) Cualquier otra que establezca la legislación.

**ARTICULO 44:** La ocurrencia de cualquiera de estas causas, dará lugar a la declaración de disolución y al inicio del proceso de liquidación.

**ARTICULO 45:** Al comenzar la liquidación de la Sociedad, cesará sus funciones el Consejo de Administración, para lo cual, la Junta General de Accionistas designara dos liquidadores, y un tercero será designado por la Administración del Estado.

**ARTICULO 46:** Los liquidadores, a partir de su nombramiento, serán los representantes y administradores de la sociedad mercantil, y su actuación debe encaminarse a percibir los créditos de la misma que sean exigibles al declararse su disolución y los que vayan venciendo, a liquidar las obligaciones pendientes al momento de acordarse la liquidación o con posterioridad, y en general a concluir las operaciones pendientes.

Adicionalmente y de conformidad con la legislación vigente, deberán:

A) Presentar ante la Junta General de Accionistas, en el termino que esta haya fijado, el inventario del haber social y el balance inicial de las cuentas de la sociedad.

B) Presentar mensualmente a la Junta General de Accionistas, un informe pormenorizado del estado de la liquidación, y en su momento, el balance final de la misma.



# EXHIBIT C

Constitution of the Republic of Cuba
National Assembly of People's Power
Note

During 1975, a draft Constitution of the Republic was exposed to public debate, in which more than 6 million people participated. The resulting suggestions led to changes in 60 of the proposed articles.

On February 15, 1976, the document was approved by a referendum in which 98% of the electorate voted, with 97.7% of those voting in favour; approval was consequently by free, direct and confidential vote of the overwhelming majority of the electors.

On February 24, 1976, this Constitution was proclaimed, at a solemn, public ceremony.

On June 26, 1978, the National Assembly of People's Power, in exercise of its constitutional powers, resolved to amend Article 10(a) of the Constitution, changing the name of the island then known as "Isla de Pinos" to "Isla de la Juventud".

On July 12, 1992, the Constitutional Reform Act designed to implement recommendations by the Fourth Congress of the Cuban Communist Party was approved at a meeting of the National Assembly of People's Power, which had convened for such purpose. These were based on a public, open, frank and calm debate with the people, on a document issued by the Congress concerning the activities of the state agencies, arguing the need for our democratic institutions to be even more representative. This called for: decisions aimed at revising the structures, powers and steering functions of the various authorities based on such institutions; clarification of the role of government at provincial and municipal levels; new ways of electing deputies to sit on the National Assembly and delegates at the provincial assemblies; the addressing of other issues relevant to the nation's institutional life.

The Constitution was further amended to underpin and extend a large number of basic rights and freedoms, as well as the civil and political rights of both Cubans and aliens.

On June 10, 2002, an unprecedented plebiscitary process emerged, making itself felt at the Extraordinary Assembly of the various national headquarters of the mass organizations and, two days later, through demonstrations and marches held throughout the nation and involving over nine million people. It culminated in the public, voluntary signing, during the three days June 15-17, by a total of 8,198,237 electors, of a document ratifying the socialist content of the Constitution. This gesture by the Cuban people was in response to offensive, interventionist remarks by the President of the United States, and called on the National Assembly of People's Power to amend the Constitution so as to make irrevocable the socialism and revolutionary political and social system it proclaims. Also sought was a statement that economic, diplomatic and political relations with other states must not be conducted under aggression, threat or coercion by a foreign power. In Extraordinary Session on June 26, 2002, convened for the purpose, the

Assembly passed the relevant resolution (No. V-74), approving the Constitutional Reform Law.

Constitutional and Legal Affairs Committee of the National Assembly of People's Power
Constitution of the Republic of Cuba
Preamble

**WE, CUBAN CITIZENS**, heirs and continuators of the creative work and the traditions of combativeness, firmness, heroism and sacrifice fostered by our ancestors;

**by** the Indians who preferred extermination to submission;

**by** the slaves who rebelled against their masters;

**by** those who awakened national awareness and a yearning by Cubans for country and freedom;

**by** the patriots who in 1868 launched the wars of independence against Spanish colonialism and those who in the last drive of 1895 won victory in 1898, a victory usurped by the military intervention and occupation of Yankee imperialism;

**by** the workers, peasants, students and intellectuals who struggled for over fifty years against imperialist domination, political corruption, the absence of people's rights and liberties, unemployment and exploitation by capitalists and landowners;

**by** those who promoted, joined and developed the first organizations of workers and peasants, spread socialist ideas and founded the first Marxist and Marxist-Leninist movements;

**by** the members of the vanguard of the generation of the centenary of the birth of Martí who, imbued with his teachings, led us to the people's revolutionary victory of January;

**by** those who defended the Revolution at the cost of their lives, thus contributing to its definitive consolidation;

by those who en masse carried out heroic internationalist missions;

**GUIDED**

by the ideas of José Martí and the political and social ideas of Marx, Engels and Lenin;

**BASING OURSELVES**

on proletarian internationalism, on the fraternal friendship, aid, cooperation and solidarity of the peoples of the world, especially those of Latin America and the Caribbean;

**AND HAVING DECIDED**

to carry forward the triumphant Revolution of the Moncada and of the Granma of the Sierra and of Girón under the leadership of Fidel Castro, which sustained by the closest unity of all revolutionary forces and of the people won full national independence, established revolutionary power, carried out democratic changes, started the construction of socialism and, with the Communist Party at the forefront, continues this construction with the final objective of building a communist society;

**AWARE**

that all the regimes based on the exploitation of man by man cause the humiliation of the exploited and the degradation of the human nature of the exploiters;

that only under socialism and communism, when man has been freed from all forms of exploitation - slavery, servitude and capitalism - can the full dignity of the human being be attained; and

that our Revolution uplifted the country and of Cubans;

**WE DECLARE**

our will that the law of laws of the Republic be guided by the following strong desire of José Martí, at last achieved;

"I want the fundamental law of our republic to be the tribute of Cubans to the full dignity of man";

**AND ADOPT**

by means of our free vote in a referendum, the following:

**CONSTITUTION**

## CHAPTER I
Political, Social and Economic Principles of the State

**...**

**ARTICLE 17**. The State directly administers the goods that make up the socialist property of the entire people, or may create and organize enterprises and entities to administer them, whose structure, powers, functions and the system of their relations are prescribed by law.

These enterprises and entities only answer for their debts through their financial resources, within the limits prescribed by law. The State is not liable for the obligations contracted by the companies, entities, and other legal persons, and the latter are also not liable for the obligations of the State

**...**

**ARTICLE 23**. The State recognizes the property of the mixed companies, companies and economic associations constituted pursuant to the law. The use, enjoyment and disposal of the assets related to the property of said entities is governed by the provisions of the laws and statues as well as by their statues and other governing regulations.

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**Language**Works

STATE OF NEW YORK ⟩
⟩ ss
COUNTY OF NEW YORK ⟩

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of The Constitution of the Republic of Cuba, completed on 1/21/2010, originally written in Spanish.

Yasmin Menon
Senior Account Executive
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 25th day of January 2010

Notary Public

KAREN OLIVE
Notary Public, State of New York
No. 01OL6146423
Qualified in Queens County
Commission Expires May 15, 2010

**Constitución de la República de Cuba**
**Asamblea Nacional del Poder Popular**
**Nota**

El anteproyecto de la Constitución de la República, durante 1975 fue sometido a discusión pública donde participaron más de 6 millones de personas, y se formularon propuestas que llevaron a modificar 60 de los artículos propuestos.

El 15 de febrero de 1976 se celebró un referendo en el que votó el 98% de los electores, de los cuales el 97,7% lo hizo afirmativamente, alcanzando así su aprobación, mediante el voto libre, directo y secreto de la inmensa mayoría de éstos.

El 24 de febrero de 1976, fue proclamada esta Constitución en acto solemne y público.

El 26 de junio de 1978, la Asamblea Nacional del Poder Popular en uso de sus facultades constitucionales, acordó reformar el artículo 10, inciso a) de la Constitución, a los efectos de que en lo sucesivo la Isla de Pinos pasara a llamarse Isla de la Juventud.

El 12 de julio de 1992 fue aprobada en sesión convocada al efecto, de la Asamblea Nacional del Poder Popular, la Ley de Reforma Constitucional encaminada a cumplimentar las recomendaciones del IV Congreso del Partido Comunista de Cuba adoptadas como resultado del debate público, abierto, franco y sereno con el pueblo, del llamamiento que lo convocó y que evidenció, en lo concerniente a la actividad de los organismos estatales, la necesidad de encontrar vías para hacer aún más representativas nuestras instituciones democráticas y, consecuentemente, adoptar decisiones con vista a perfeccionar sus estructuras, atribuciones y funciones de dirección en sus diferentes instancias; incluir precisiones sobre la gestión del gobierno en provincias y municipios; establecer nuevas formas de elección de los diputados a la Asamblea Nacional y de los delegados a las asambleas provinciales, así como otras cuestiones de interés para la vida institucional del país.

La Constitución también fue modificada con el fin de garantizar y ampliar el ejercicio de numerosos derechos y libertades fundamentales y los derechos civiles y políticos de los ciudadanos y extranjeros.

El 10 de junio del 2002, el pueblo de Cuba, en un proceso plebiscitario popular sin precedentes, puesto de manifiesto tanto en la Asamblea Extraordinaria de las direcciones nacionales de las organizaciones de masas; como en actos y marchas realizados el día 12 del propio mes de junio a todo lo largo y ancho del país, en los que participaron más de nueve millones de personas y para la firma pública y voluntaria de 8 198 237 electores durante los días 15, 16 y 17 de ese mismo mes ratificaron el contenido socialista de esta Constitución en respuesta a las manifestaciones injerencistas y ofensivas del Presidente de los Estados Unidos de América, e interesaron de la Asamblea Nacional del Poder Popular reformarla, para dejar expresamente consignado el carácter irrevocable del socialismo y del sistema político y social revolucionario por ella diseñado, así como que las relaciones económicas, diplomáticas y políticas con otro Estado no pueden ser negociadas bajo agresión, amenaza o coerción de una potencia extranjera, ante lo cual el órgano supremo de poder del Estado, en sesión extraordinaria, convocada al efecto, adoptó por unanimidad el Acuerdo No. V-74, por el que se aprobó la Ley de Reforma Constitucional el 26 de junio del 2002

**Comisión de Asuntos Constitucionales y Jurídicos de la Asamblea Nacional del Poder Popular**
**Constitución de la República de Cuba**
**Preámbulo**

**NOSOTROS, CIUDADANOS CUBANOS**, herederos y continuadores del trabajo creador y de las tradiciones de combatividad, firmeza, heroísmo y sacrificio forjadas por nuestros antecesores;

**por** los aborígenes que prefirieron muchas veces el exterminio a la sumisión;

**por** los esclavos que se rebelaron contra sus amos;

**por** los que despertaron la conciencia nacional y el ansia cubana de patria y libertad;

**por** los patriotas que en 1868 iniciaron las guerras de independencia contra el colonialismo español y los que en el último impulso de 1895 las llevaron a la victoria de 1898, que les fuera arrebatada por la intervención y ocupación militar del imperialismo yanqui;

**por** los obreros, campesinos, estudiantes e intelectuales que lucharon durante más de cincuenta años contra el dominio imperialista, la corrupción política, la falta de derechos y libertades populares, el desempleo y la explotación impuesta por capitalistas y terratenientes;

**por** los que promovieron, integraron y desarrollaron las primeras organizaciones de obreros y de campesinos, difundieron las ideas socialistas y fundaron los primeros movimientos marxista y marxista-leninista;

**por** los integrantes de la vanguardia de la generación del centenario del natalicio de Martí, que nutridos por su magisterio nos condujeron a la victoria revolucionaria popular de Enero;

**por** los que, con el sacrificio de sus vidas, defendieron la Revolución contribuyendo a su definitiva consolidación;

por los que masivamente cumplieron heroicas misiones internacionalistas;

**GUIADOS**

por el ideario de José Martí y las ideas político-sociales de Marx, Engels y Lenin;

**APOYADOS**

en el internacionalismo proletario, en la amistad fraternal, la ayuda, la cooperación y la solidaridad de los pueblos del mundo, especialmente los de América Latina y del Caribe;

**DECIDIDOS**

a llevar adelante la Revolución triunfadora del Moncada y del Granma, de la Sierra y de Girón encabezada por Fidel Castro que, sustentada en la más estrecha unidad de todas las fuerzas revolucionarias y del pueblo, conquistó la plena independencia nacional, estableció el poder revolucionario, realizó las transformaciones democráticas, inició la construcción del socialismo y, con el Partido Comunista al frente, la continúa con el objetivo final de edificar la sociedad comunista;

**CONSCIENTES**

de que los regímenes sustentados en la explotación del hombre por el hombre determinan la humillación de los explotados y la degradación de la condición humana de los explotadores;

de que sólo en el socialismo y el comunismo, cuando el hombre ha sido liberado de todas las formas de explotación: de la esclavitud, de la servidumbre y del capitalismo, se

alcanza la entera dignidad del ser humano; y de que nuestra Revolución elevó la dignidad de la patria y del cubano a superior altura;

**DECLARAMOS**

nuestra voluntad de que la ley de leyes de la República esté presidida por este profundo anhelo, al fin logrado, de José Martí:

**"Yo quiero que la ley primera de nuestra República sea el culto de los cubanos a la dignidad plena del hombre";**

**ADOPTAMOS**

por nuestro voto libre, mediante referendo, la siguiente:

**CONSTITUCION**.


## CAPITULO I
### Fundamentos políticos, sociales y económicos del Estado

**...**

**ARTICULO 17**.-El Estado administra directamente los bienes que integran la propiedad socialista de todo el pueblo; o podrá crear y organizar empresas y entidades encargadas de su administración, cuya estructura, atribuciones, funciones y el régimen de sus relaciones son regulados por la ley.

Estas empresas y entidades responden de sus obligaciones sólo con sus recursos financieros, dentro de las limitaciones establecidas por la ley. El Estado no responde de las obligaciones contraídas por las empresas, entidades u otras personas jurídicas y éstas tampoco responden de las de aquél.

**...**

**ARTÍCULO 23.-** El Estado reconoce la propiedad de las empresas mixtas, sociedades y asociaciones económicas que se constituyen conforme a la ley. El uso, disfrute y disposición de los bienes pertenecientes al patrimonio de las entidades anteriores se rigen por lo establecido en la ley y los tratados, así como por los estatutos y reglamentos propios por los que se gobiernan.

**EXHIBIT D**

**COLECCIÓN LEGISLATIVA DE BOLSILLO**
[Bolsillo Legislation Collection] **Volume VII**


**CODIGO DE COMERCIO**
[Code of Commerce]

IN EFFECT IN THE REPUBLIC OF CUBA


[Followed by various Appendices

containing Supplementary Mercantile Legislation

and Banking Legislation]


REVISED AND COMPARED By

**RAFAEL RODRIGUEZ ALTUNAGA**
Fourth Edition, Substantially Corrected and Expanded


JESUS MONTERO, Editor
Obispo 521
HAVANA
1961

## CÓDIGO DE COMERCIO
[Commercial Code]

Scope

This Code was promulgated in Spain by the Law of August 22, 1885. By Royal Decree on this same date, the *Ministerio de Gracia y Justicia* [Ministry of Pardons and Justice], in compliance with said law, published the current Code of Commerce so that it may be observed as law in the Peninsula and adjacent islands, starting as of January 1, 1886. The publication of the Code began in the **Gaceta de Madrid** [Gazette of Madrid], No. 289 of October 16, 1885, and ended on end on page 648 of No. 328, for November 24 of the same year. This is a clear and careful print.

By Royal Decree of January 28, 1886 *(Gaceta de la Habana* [Gazette of Havana], of February 23), it was stipulated that this Code would govern Cuba from May 1 of this same year "without amendments than those introduced in Articles 179, 201, 453, 547, 550, 559, 798, 934 and 940."

As a sure guide as concerns the text of the *Código de Comercio,* unamended by subsequent Laws, we have seen the beautiful **Edición Oficial** [Official Edition] (1885), put out by the Spanish Government to "serve an the original for all legal purposes", as stated in Article Two of the Royal Decree of August twenty-second, 1885.

The copy in our library bears the seal of the *Ministerio de Gracia y Justicia* which grants authenticity to the text; and it was printed on November 12, 1885, by the Manuel Tello printshop, printers to the Chamber of His Majesty the King.

BOOK TWO

**ON SPECIAL CONTRACTS IN COMMERCE**

**Title One**

**ON MERCANTILE ENTERPRISES**

**SECTION ONE**

**On the Formation of Enterprises and Their Classes**

**Article 116.** - The association contract by which two or more persons agree to place goods, industry or any of these things in common to achieve profits shall be a mercantile contract, regardless of its class, provided that it was formed in accordance with the provisions of this Code.

Once formed, the Mercantile Enterprise shall be a legal personality for all its acts and contracts.

See Articles 165 et seq., 1665, 1670 et seq., 170, C. Civ. [Civil Code],

**Article 117.** - The contract of a mercantile enterprise, entered into with the essential requirements under the law, shall be valid and binding on the contracting parties, regardless of the form, conditions and licit and honest combinations that compose it, provided that they are not expressly prohibited in this Code.

The creation of territorial, agricultural, central and discount Banks, credit enterprises, mortgage enterprises, and construction enterprises shall be permitted.

**Article 122.** - As a general rule, Mercantile Enterprises shall be formed by adopting any of the following forms:

**1.**	A regular association in which all partners, in the collective name and under a enterprise name, agree to participate in the proportion they establish in the same rights and obligations.

**2.**	A limited association, in which one or more subjects contribute a certain amount of capital to a common fund, to participate in the results of the enterprise transactions managed exclusively by others in the collective name.

**3.**	A corporation in which, by forming the common fund, the associates by shares or certain portions, represented by stock or other clear manner, entrust its management to dismissable agents or administrators who represent the Enterprise under a name appropriate to the objective or business for which the funds are intended.

See Articles 139, 145 to 150, 152, 160 etseq., C. Com. [Code of Commerce].

**Article 123.** - Depending on the nature of their operations, Mercantile Enterprises may be:

Credit enterprises, Central and discount
banks, Territorial credit enterprises,
Mining enterprises, Agricultural banks,
Holders of railway, tramway and public works licenses, General storage
warehouses,
And other types, provided that their agreements are licit and their purpose is
industry or commerce.

**Article 124.** - Mutual fire insurance enterprises, tontine life insurance combinations providing old-age assistance and any other class, and production, credit or consumption cooperatives shall be considered mercantile and **be** subject to the provisions of this Code only when they are dedicated [remainder missing from original]

**TransNet USA, Inc.**
235 West 102nd Street, Suite 2M
New York, NY 10025

STATE OF NEW YORK      )
                       )      ss.:
COUNTY OF NEW YORK  )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate rendition into  English  of  Extract from the Commercial Code of Cuba  written in  Spanish  .

New York,  January 25, 2010.

TransNet USA, Inc.

Susan E. Geddes, Vice President

Sworn to and subscribed before me on January 25, 2010.

LORI A. VOLLMER
Notary Public
State of New York
No.: 01VO5065470
Qualified in Nassau County
Commission Expires:
3 September 2010

COLECCION LEGISLATIVA
DE BOLSILLO
Volumen VII

# CODIGO DE COMERCIO

VIGENTE EN LA REPUBLICA DE CUBA

(Seguido de varios Apéndices contentivos
de la Legislación Mercantil complementaria
y la Legislación Bancaria)

REVISADO Y CONCORDADO

por

RAFAEL RODRIGUEZ ALTUNAGA

Cuarta edición corregida y notablemente aumentada



JESUS MONTERO, Editor
Obispo 521
LA HABANA
1961



# CÓDIGO DE COMERCIO

### Su Vigencia

Este Código se promulgó en España por la Ley de agosto 22 de 1885. Por Real Decreto de esa misma fecha, el Ministro de Gracia y Justicia, en cumplimiento de esta Ley, publicó el Código de Comercio actual, para que se observe, como ley, en la Península e islas adyacentes, desde el 1º de enero de 1886. La publicación del Código se empezó en la **Gaceta de Madrid**, núm. 289 de Oct. 16 de 1885 y se terminó en la pág. 648 del núm. 328, correspondiente al día 21 de nov. del propio año. Es una impresión nítida y cuidadosa.

Por Real Decreto de 28 de enero de 1886 (Gaceta de la Habana, de 23 de febrero) se dispuso que ese Código rigiera en Cuba desde el 1 de mayo de ese mismo año "sin otras modificaciones que las introducidas en los artículos 179, 201, 453, 547, 550, 559, 798, 934 y 940".

Hemos tenido a la vista, como guía segura, en cuanto al texto del Código de Comercio, no modificado por Leyes ulteriores, la bella **Edición Oficial** (1885), hecha por el Gobierno Español para "servir de original para todos los efectos legales", según reza el artículo segundo del Real Decreto de veintidós de agosto de 1885.

El ejemplar que obra en nuestra biblioteca lleva el sello del Ministerio de Gracia y Justicia que le comunica autenticidad a su texto; —y fue impreso en 12 de noviembre de 1885 en la imprenta de Manuel Tello, impresor de Cámara de Su Majestad el Rey.



# LIBRO SEGUNDO

## DE LOS CONTRATOS ESPECIALES DEL COMERCIO

### Título Primero

## DE LAS COMPAÑIAS MERCANTILES

### SECCION PRIMERA

### De la Constitución de las Compañías y de sus Clases

**Art. 116.**—El contrato de compañía por el cual dos o más personas se obligan a poner en fondo común bienes, industria o alguna de estas cosas para obtener lucro, será mercantil, cualquiera que fuese su clase, siempre que se haya constituido con arreglo a las disposiciones de este Código.

Una vez constituida la Compañía mercantil, tendrá personalidad jurídica en todos sus actos y contratos.

V. arts. 165 y sigs., 1665, 1670 y sigs. 1700 C. Civ.

**Art. 117.**—El contrato de compañía mercantil celebrado con los requisitos esenciales del derecho, será válido y obligatorio entre los que lo celebren, cualesquiera que sean la forma, condiciones y combinaciones lícitas y honestas con que lo constituyan, siempre que no estén expresamente prohibidas en este Código.

Será libre la creación de Bancos territoriales, agrícolas y de emisión y descuento, de Sociedades de crédito, de préstamos hipotecarios, concesionarias de obras

**Art. 122.**—Por regla general, las Compañías mercantiles se constituirán adoptando alguna de las siguientes formas:

1ª La regular colectiva en que todos los socios, en nombre colectivo y bajo una razón social, se comprometen a participar, en la proporción que establezcan de los mismos derechos y obligaciones.

2ª La comanditaria en que uno o varios sujetos aportan capital determinado al fondo común, para estar a las resultas de las operaciones sociales dirigidas exclusivamente por otros con nombre colectivo.

3ª La anónima en que formando el fondo común los asociados por parte o porciones ciertas, figuradas por acciones o de otra manera indubitada, encargan su manejo a mandatarios o administradores amovibles que representen a la Compañía bajo una denominación apropiada al objeto o empresa a que se destine sus fondos.

V. arts. 139, 145 a 150, 152, 160, sigs. C. Com.

**Art. 123.**—Por la índole de sus operaciones, podrán ser las Compañías mercantiles:

Sociedades de crédito;

Bancos de emisión y descuento;

Compañías de crédito territorial;

Compañías de minas;

Bancos agrícolas;

Concesionarias de ferrocarriles, tranvias, y obras públicas.

De almacenes generales de depósito;

Y de otras especies, siempre que sus pactos sean lícitos y su fin, la industria o el comercio.

**Art. 124.**—Las Compañías mutuas de seguros contra incendios, de combinaciones tontinas sobre la vida para auxilios a la vejez y de cualquiera otra clase y las cooperativas de producción, de crédito o de consumo, sólo se considerarán mercantiles y quedarán sujetas a las disposiciones de este Código, cuando se dedicaren



**EXHIBIT E**

[emblem]
Republic of Cuba

**CÓDIGO CIVIL**
[Civil Code]

**Law** No. 59

Publication
*Ministerio de Justicia*
[Ministry of Justice]

ARTICLE 36.1 After the presumption of death is declared, the exercise of the same rights that would have belonged to them if the death had been accredited by a medical certificate shall be granted to them.

2. The effects of the declaration are retroactive to the time at which the report that led to the presumption of death was made or the last news of the missing party was heard.

ARTICLE 37. If the missing party or party presumed dead appears or is proven to exist, the court shall annul the declaration of disappearance or of presumption of death, and shall stipulate that, aside from the cases of exception established by the law, all his rights shall be restored and his goods returned in the state in which they were and at the price for those sold or acquired with it, but he may not claim the fruits thereof.

SECTION FOUR

**Rights Inherent in Personality**

ARTICLE 33. Violation of the rights inherent in personality established in the Constitution that affect the net worth or honor of its holder confers on him or his successor the right to demand:

a)     immediate cessation of the violation or elimination of its effects, if possible;

b)     retraction on the part of the offender; and

c)     reparations for the damages and harm caused.

CHAPTER II

**LEGAL PERSONS**

ARTICLE 39.1 Legal persons are entities that, owning their own assets, have the capacity to be the subjects of rights and obligations.

2.      in addition to the State, the following are legal persons:

a)      companies and unions of State companies;

b)      cooperatives;

c)      political, union and company organizations and their enterprises;

ch)     companies and associations formed in conformity with the requirements established by law;

d)      foundations, this being understood to mean the set of goods created as separate net worth by an act of charity by the party who was their owner, to dedicate them to the achievement of a certain end permitted by law with a not-for-profit purpose, and formed in accordance with the requirements established by law;

e)      non-State companies authorized to conduct their activities; and

f)      other entities to which the law confers legal personality.

ARTICLE 40.1 The formation, government and dissolution of legal persons shall be established and regulated by law, their Charters and regulations.

2.      The organization and operation of the State shall be as established in the Constitution of the Republic and in the laws.

ARTICLE 41. Legal persons, to conduct their activities, shall have the capacity determined by the law, their Charters and regulations.

ARTICLE 42.1 Legal persons shall conduct their activities by means of their legally appointed or elected administrative organs.

2.      The procedure for the appointment or election of the administrative organs shall be established in their Charters or regulations and in the corresponding legal provisions. In the case of the State, Paragraph 2 of Article 40 shall apply.

3.      The actions performed by such bodies in relation to the activities of the legal person shall be binding on it.

4.      For damages caused to the legal person or to a third party due to the negligent management of its organs, the perpetrators shall also personally answer for it.

ARTICLE 43. The domicile of legal persons shall be that determined in the legal provisions creating them, in the Charters or regulations and, in the absence thereof, the location where its legal representation is established or its higher administrative organ is located.

ARTICLE 44.1 Legal persons answer for their obligations with the goods making up their net worth.

2.      The net worth of State companies shall be made up of the basic, turnover and financial resources assigned to them by the State. These companies shall answer for their obligations with their financial resources, within the limits established in the economic legislation.

3.      The State is not responsible for the obligations of other legal persons, nor are the latter responsible for the debts of the State.

TITLE III

**SUBJECT OF THE LEGAL RELATION**

ARTICLE 45.1. The subject of the legal relation is a piece of property, a service or an asset that was acquired or received licitly.

SECTION SIX

**Other Forms of Ownership**

ARTICLE 160.1. The State shall also recognize the property of companies, associations and foundations.

2.      Likewise, the State shall recognize the property of mixed companies, joint and international companies and of other legal persons of special natures.

3.      The use, enjoyment and disposition of the goods of entities referred to in the preceding paragraphs are governed by the provisions of the law and treaties as well as by the Charters and regulations of the respective legal person and, as a supplement, by this Code.

CHAPTER III

**CO-OWNERSHIP**

SECTION ONE

**General Provision**

ARTICLE 161. The ownership of one and the same item that is not materially divided may belong to several persons, by shares or in common.

SECTION TWO

**Co-Ownership by Shares**

ARTICLE 162.1. The portions or shares of the co-owners in the value of the undivided item shall be presumed to be equal.

2. Each of the co-owners shall have rights and obligations in proportion to their respective shares and may dispose of their share without the consent of the others, within the limits established by law.

**TransNet USA, Inc.**
235 West 102nd Street, Suite 2M
New York, NY  10025

STATE OF NEW YORK      )
                       )      ss.:
COUNTY OF NEW YORK  )

## <u>CERTIFICATION</u>

This is to certify that the attached translation is, to the best of my knowledge and belief, a true
and accurate rendition into _English_ of _ Extract from the Civil Code of Cuba _ written in
Spanish__.

New York,  January 25, 2010.

TransNet USA, Inc.

_____
Susan E. Geddes, Vice President

Sworn to and subscribed before me on
January 25, 2010.

LORI A. VOLLMER
Notary Public
State of New York
No.: 01VO5065470
Qualified in Nassau County
Commission Expires:
3 September 2010



República de Cuba

# CODIGO CIVIL

## Ley No. 59



Divulgación
Ministerio de Justicia

ARTICULO 36.1.   Declarada la presunción de muerte, queda expedito para los interesados el ejercicio de los mismos derechos que les hubieran correspondido de ser la muerte acreditada por certificación médica.

2. Los efectos de la declaración se retrotraen al momento en que se produjo el acontecimiento que hizo presumir la muerte o se tuvieron las últimas noticias del desaparecido.

ARTICULO 37.   Si el declarado ausente o presuntamente muerto se presenta o se prueba su existencia, el tribunal anula la declaración de ausencia o presunción de muerte y dispone que, salvo los casos de excepción que establece la ley, se le restituya en todos sus derechos, y recobre sus bienes en el estado en que se encuentren y el precio de los enajenados o los adquiridos con él, pero no podrá reclamar frutos.

### SECCION CUARTA
#### Derechos inherentes a la personalidad

ARTICULO 38.   La violación de los derechos inherentes a la personalidad consagrados en la Constitución, que afecte al patrimonio o al honor de su titular, confiere a éste o a sus causahabientes la facultad de exigir:

a) el cese inmediato de la violación o la eliminación de sus efectos, de ser posible;

b) la retractación por parte del ofensor; y

c) la reparación de los daños y perjuicios causados.

### CAPITULO II
#### PERSONAS JURIDICAS

ARTICULO 39.1.   Las personas jurídicas son entidades que, poseyendo patrimonio propio, tienen capacidad para ser sujetos de derechos y obligaciones.

15



2. Son personas jurídicas, además del Estado:

a) las empresas y uniones de empresas estatales;

b) las cooperativas;

c) las organizaciones políticas, de masas, sociales y sus empresas;

ch) las sociedades y asociaciones constituidas de conformidad con los requisitos establecidos en las leyes;

d) las fundaciones, entendiéndose por tales el conjunto de bienes creado como patrimonio separado por acto de liberalidad del que era su propietario, para dedicarlos al cumplimiento de determinado fin permitido por la ley sin ánimo de lucro, y constituidas de conformidad con los requisitos establecidos en las leyes;

e) las empresas no estatales autorizadas para realizar sus actividades; y

f) las demás entidades a las que la ley confiere personalidad jurídica.

ARTICULO 40.1. La constitución, régimen y disolución de las personas jurídicas se establecen y regulan en la ley, sus estatutos y reglamentos.

2. La organización y el funcionamiento del Estado son los que se establecen en la Constitución de la República y en las leyes.

ARTICULO 41. Las personas jurídicas, para ejercer sus actividades, tienen la capacidad que determinen la ley y sus estatutos o reglamentos.

ARTICULO 42.1. Las personas jurídicas realizan sus actividades por medio de sus órganos de dirección legalmente designados o elegidos.

16

2. El procedimiento para la designacion o elección de los órganos de dirección, se establece en sus estatutos o reglamentos y en las disposiciones legales correspondientes. En el caso del Estado se está a lo dispuesto en el apartado 2 del artículo 40.

3. Los actos realizados por dichos órganos en relación con las actividades de la persona jurídica, obliga a ésta.

4. Por los daños ocasionados a la persona jurídica o a tercero a causa de la gestión negligente de sus órganos, responden, además, personalmente, sus autores.

ARTICULO 43.  El domicilio de las personas jurídicas es el determinado en la disposición legal que las crea, en sus estatutos o reglamentos y, en su defecto, el lugar donde esté establecida su representación legal o radique su órgano superior de dirección.

ARTICULO 44.1.  Las personas jurídicas responden de sus obligaciones con los bienes que integran su patrimonio.

2. El patrimonio de las empresas estatales está integrado por los medios básicos, de rotación y financieros que les asigna el Estado. Estas empresas sólo responden de sus obligaciones con sus recursos financieros, dentro de las limitaciones establecidas en la legislación económica.

3. El Estado no responde de las obligaciones de otras personas jurídicas, ni éstas de las de aquél.

TITULO III

**OBJETO DE LA RELACION JURIDICA**

ARTICULO 45.1.  El objeto de la relación jurídica es un bien, una prestación o un patrimonio, que sean de lícita apropiación o recepción.

17



## SECCION SEXTA

### Otras formas de propiedad

ARTICULO 160.1.   El Estado reconoce también la propiedad de las sociedades, asociaciones y fundaciones.

2. Asimismo, reconoce la de las empresas mixtas, conjuntas e internacionales y de otras personas jurídicas de características especiales.

3. El uso, disfrute y disposición de los bienes de las entidades a que se refieren los apartados anteriores se rigen por lo establecido en la ley y los tratados, así como por los estatutos y reglamento de la persona jurídica respectiva y, supletoriamente, por este Código.

## CAPITULO III

### COPROPIEDAD

#### SECCION PRIMERA

##### Disposición general

ARTICULO 161.   La propiedad de un mismo bien que no está materialmente dividido puede pertenecer a varias personas, por cuotas o en común.

#### SECCION SEGUNDA

##### Copropiedad por cuotas

ARTICULO 162.1.   Las partes o cuotas de los copropietarios sobre el valor del bien indiviso, se presumen iguales.

2. Cada uno de los copropietarios tiene derechos y obligaciones en proporción a su respectiva cuota y puede disponer de su parte sin el consentimiento de los demás, con las limitaciones que la ley establece.

48

