# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NILO JEREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:09-mc-466 |
| ) | |
| THE REPUBLIC OF CUBA, FIDEL CASTRO ) | |
| RUZ, Individually and as President of the State ) | |
| and Council of Ministers, Head of the ) | |
| Communist Party and Commander-in-Chief of ) | |
| the Military, RAUL CASTRO RUZ, ) | |
| Individually and as First Vice President of the ) | |
| Head of the Cuban Revolutionary Armed ) | |
| Forces, THE CUBAN REVOLUTIONARY ) | |
| ARMED FORCES, and EL MINISTERIO DEL ) | |
| INTERIOR, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE

Upon Plaintiff's Motion For an Order to Show Cause as to Why a Writ of Attachment on Judgment Should Not Be Issued Against the Agencies and Instrumentalities of the Republic of Cuba and Its Co-Defendants, and the filed oppositions thereto, it is hereby,

**ORDERED**, that the motion for an order to show cause why a Writ of Attachment on Judgment should not issue is **DENIED WITH PREJUDICE;** it is further hereby

**SO ORDERED**, this _____ day of _____, 2010.

_____
United States District Judge

Copies To:   *Counsel for Plaintiff Nilo Jerez*:

    Richard J. Oparil
    Patton Boggs LLP
    2550 M Street, NW
    Washington, D.C. 20037
    202-457-6000

    *Counsel for the Parties Identified in Appendix A hereto*

| | |
|---|---|
| Brendon M. Tavelli | Michael Krinsky |
| PROSKAUER ROSE LLP | David Goldstein |
| 1001 Pennsylvania Ave., NW | Rabinowitz, Boudin, Standard, |
| Suite 400 South |   Krinsky & Lieberman, P.C. |
| Washington, DC 20004 | 111 Broadway, Eleventh Floor |
| Tel.: 202.416.6800 | New York, NY 10006 |
| Fax: 202.416.6899 | Tel: 212.254.1111 |
| | Fax: 212.674.4614 |

    *Defendants*

| | |
|---|---|
| Republic of Cuba | The Cuban Revolutionary Armed |
| c/o Bruno Rodríguez Parilla | Forces |
| Ministerio de Relaciones Exteriores | Plaza de la Revolucion |
| Calzada #360 | Havana, Cuba |
| Vedado, La Habana, Cuba | |
| | |
| Fidel Castro Ruz | El Ministerio del Interior |
| Comité Central del Paritdo Comunista | Plaza de la Revolucion |
| Plaza de la Revolucion | Havana, Cuba |
| Havana, Cuba | |
| | |
| Raul Castro Ruz | Raul Castro Ruz |
| Consejo de Ministros | Consejo del Estado |
| Plaza de la Revolucion | Plaza de la Revolucion |
| Havana, Cuba | Havana, Cuba |

# APPENDIX A

Centro de Ingeniera Genetica y Biotecnologia

Centro de Inmunologia Molecular

Centro Nacional de Inventigaciones Cientificas

Laboratorios Dalmer S.A.

Centro de Bioactivos Quimicos

Centro de Histoterapia Placentaria

Centro Nacional De Biopreparados

Instituto de Medicina Tropical "Pedro Kouri"

Centro de Neuociencias de Cuba

Instituto Finlay, Centro De Investigacion, Produccion De Vacunas Y Sueros

Universidad de la Habana

Empresa Exportadora y Importadora de Productos Medicos (MEDICUBA)

Corporacion Habanos, S.A.

Empresa Cubana Del Tabaco (Cubatabaco)

Artex, S.A.

Corporacion Cimex, S.A.

Corporacion Cuba Ron, S.A.

Havana Rum & Liquors, S.A.

Empresa Cubana Exportadora Del Caribe dba Caribex

Empresa de Grabaciones y Ediciones Musicales (EGREM)

Laboratorios Biologicos Farmaceuticos dba Labiofam