**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NILO JEREZ, </br></br>         Plaintiff, </br></br>    v. </br></br> THE REPUBLIC OF CUBA, FIDEL CASTRO RUZ, Individually and as President of the State and Council of Ministers, Head of the Communist Party and Commander-in-Chief of the Military, RAUL CASTRO RUZ, Individually and as First Vice President of the Head of the Cuban Revolutionary Armed Forces, THE CUBAN REVOLUTIONARY ARMED FORCES, and EL MINISTERIO DEL INTERIOR, </br></br>         Defendants. | Case No. 1:09-mc-466 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that plaintiff Nilo Jerez appeals to the U.S. Court of Appeals for the District of Columbia Circuit from the August 29, 2013 Order (Dkt. No. 130) overruling plaintiff's objections to the Magistrate Judge's March 29, 2011 Order (Dkt. No. 109), and any other appealable orders herein.

Dated: September 5, 2013

Respectfully submitted,

/s/ Richard J. Oparil
Richard J. Oparil (D.C. Bar No. 409723)
Kevin M. Bell
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (fax)
roparil@pattonboggs.com

- 2 -

Joseph I. Zumpano
Leon N. Patricios
David Garcia
ZUMPANO PATRICIOS & WINKER, P.A.
312 Minorca Avenue
Coral Gables, Florida 33134
(305) 444-5565
(305) 444-8588 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served as required by Fed. R. Civ. P. 5(a) with a copy of this document via the Court's CM/ECF system per Local Rule 102(1)(c) on September 5, 2013.

/s/ Richard J. Oparil
Richard J. Oparil

4844-3868-5973.